✎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| STEVE TRACHSEL, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. C08 02248RS |
| RONALD BUCHHOLZ, ET AL. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
   Grace Capital, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company
   8787 E. Pinnacle Peak Road
   Scottsdale, AZ  85255

A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   TODD A. ROBERTS
   JESSHILL E. LOVE
   Ropers, Majeski, Kohn & Bentley
   1001 Marshall Street
   Redwood City, CA  94063
   (650) 364-8200

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

Date: **MAY 0 5 2008**

_____
Betty J. Walton
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com