1  TODD A. ROBERTS (SBN 129722)
   TROBERTS@RMKB.COM
2  JESSHILL E. LOVE (SBN 208348)
   JLOVE@RMKB.COM
3  BROCK R. LYLE (SBN 242690)
   BLYLE@RMKB.COM
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
5  Redwood City, CA 94063
   Telephone:     (650) 364-8200
6  Facsimile:     (650) 780-1701

7  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual; SUN CITY
8  TOWERS, LLC, a California corporation;
   THOMAS CIRRITO, an individual; ATOCHA
9  LAND, LLC, a Delaware limited liability company;
   MICHAEL CIRRITO, an individual; and CIRRITO
10 HOLDINGS, LLC, a Delaware limited liability
   company

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15 STEVE TRACHSEL, an individual; SUN          CASE NO.  C08 02248RS
   CITY TOWERS, LLC, a California
16 corporation; THOMAS CIRRITO, an             **AMENDMENT TO COMPLAINT
   individual; ATOCHA LAND, LLC, a             SUBSTITUTING DEFENDANTS'
17 Delaware limited liability company;         CORRECT NAMES FOR INCORRECT
   MICHAEL CIRRITO, an individual; and         NAMES**
18 CIRRITO HOLDINGS, LLC, a Delaware
   limited liability company,
19
20                 Plaintiffs,
21 v.
22 RONALD BUCHHOLZ; CHARICE
   FISCHER; RDB DEVELOPMENT, LLC,
23 a Nevada limited liability company;
   SOLOMON CAPITAL, INC., a Nevada
24 corporation; JONATHON VENTO;
   GRACE CAPITAL, LLC, dba GRACE
25 COMMUNITIES, an Arizona limited
   liability company; DONALD ZELEZNAK;
26 Z-LOFTS, LLC, an Arizona limited
   liability company; ZELEZNAK
27 PROPERTY MANAGEMENT, LLC dba
   KELLER WILLIAMS REALTY, an
28 Arizona limited liability company;

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5125269.1/TC3

1  KELLER WILLIAMS REALTY, INC., a
    Texas corporation; and DOES 1-50,
2  inclusive,

3               Defendants.

4

5      Plaintiffs have now discovered that they designated two corporate defendants in the

6  Complaint by incorrect names.  Plaintiffs hereby amend the Complaint to substitute the correct

7  names for the incorrect names wherever they appear in the Complaint.

8     CORRECT NAME                    INCORRECT NAME

9     SOLOMON CAPITAL, INC.,  to substitute for  SOLOMON CAPITAL, LLC
      a Nevada corporation
10

11    Z-LOFTS, LLC         to substitute for  Z-LOFT, LLC

12  Dated: May 23, 2008         ROPERS, MAJESKI, KOHN & BENTLEY

13

14                          By:

15                       TODD A. ROBERTS
                         JESSHILL E. LOVE
16                    BROCK R. LYLE
                       Attorneys for Plaintiffs
17                    STEVE TRACHSEL, an individual; SUN
                     CITY TOWERS, LLC, a California
18                    corporation; THOMAS CIRRITO, an
                     individual; ATOCHA LAND, LLC, a
19                    Delaware limited liability company;
                     MICHAEL CIRRITO, an individual; and
20                    CIRRITO HOLDINGS, LLC, a Delaware
                     limited liability company

21

22

23

24

25

26

27

28

AMENDMENT TO COMPLAINT
SUBSTITUTING DEFENDANTS' CORRECT
NAMES FOR INCORRECT NAMES

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City