MICHAEL G. DESCALSO, ESQ. (SBN 104354)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689

Attorneys for defendants Jonathon Vento, Grace Capital, LLC dba Grace Communities, an Arizona limited liability Company, Donald Zeleznak, Z-Loft, LLC, an Arizona limited liability company, and Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE COMMUNITIES an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company, KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive<br><br>Defendants. | Case No.:  C08-02248-RS<br><br>**CONSENT TO ASSIGNMENT TO U.S. MAGISTRATE FOR ALL PURPOSES** |

1
CONSENT TO  ASSIGNMENT TO U.S. MAGISTRATE RICHARD SEEBORG FOR ALL PURPOSES

1  Come now defendants Jonathon Vento, Grace Capital, LLC dba Grace Communities, an
2  Arizona limited liability company, Donald Zeleznak, Z-Loft, LLC, an Arizona limited liability
3  company, and Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona
4  limited liability company and, by this notice, hereby consent to the assignment of this case to
5  U.S. Magistrate Richard Seeborg for all purposes.

Dated May 30, 2008                GREENE, CHAUVEL, DESCALSO & MINOLETTI

*Michael G. Descalso*
By:_____
Attorneys for defendants
Jonathon Vento, Grace Capital, LLC dba Grace
Communities, an Arizona limited liability company,
Donald Zeleznak, Z-Loft, LLC, an Arizona limited
liability company, and Zeleznak Property
Management, LLC dba Keller Williams Realty, an
Arizona limited liability company

2
CONSENT TO ASSIGNMENT TO U.S. MAGISTRATE RICHARD SEEBORG FOR ALL PURPOSES