**United States District Court**
For the Northern District of California

**\*E-FILED 6/2/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRACHSEL, et al. | No. C 08-02248 RS |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| RONALD BUCHHOLZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Defendants, Jonathon Vento, Grace Capital, LLC dba Grace Communities, an Arizona Limited Liability Company, Donald Zeleznak, Z-Loft, LLC, an Arizona Limited Liability Company, and Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona Limited Liability Company have filed a motion to dismiss, docket [17], in the captioned matter that is noticed for hearing on July 9, 2008 at 9:30 a.m.

    All parties are directed to filed their consents or declinations no later than **June 11, 2008**.

Dated:  June 2, 2008

                                         For the Court,
                                         RICHARD W. WEIKING, Clerk

                                         By:   /s/ Martha Parker Brown
                                                   Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Michael George Descalso    mgd@greenechauvel.com

Jesshill E. Love    jlove@ropers.com, mmcpherson@ropers.com, tcruzada@ropers.com

Todd Andrew Roberts    troberts@ropers.com, mmcpherson@ropers.com, rriedell@ropers.com

Dated: June 2, 2008

       /s/ BAK
       Chambers of Magistrate Judge Richard Seeborg