Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Wilenchik & Bartness, P.C., 2810 North Third Street, Phoenix, Arizona 85004, (602) 606-2810

**Filed**

UNITED STATES DISTRICT COURT

JUN - 2 2008

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Steve Trachsel et al.

Plaintiff(s),

CASE NO. C08 02248 RS

v.

Ronald Buchholz et al.

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Defendant(s).

Pursuant to Civil L.R. 11-3, Dennis I. Wilenchik, an active member in good standing of the bar of State of Arizona, U.S. District Court (Arizona), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing See attached in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael G. Descalso, Greene, Chauvel, Descalso, & Minoletti, 155 Bovet Road Suite 780, San Mateo, California, 94402, (650) 573-9500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2008

Application for Admission of Attorney *Pro Hac Vice* (continued)

I, Dennis I. Wilenchik, hereby apply for admission in the Northern District of California on a pro hac vice basis representing the following parties: Jonathon Vento, Grace Capital, LLC dba Grace Communities, an Arizona limited liability Company, Donald Zeleznak, Z-Loft, LLC, an Arizona limited liability company, and Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona limited liability company

5/29/08
Date

Dennis I. Wilenchik