**United States District Court**
For the Northern District of California

*E-FILED 6/3/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRACHSEL, et al., | No. C 08-02248 RS |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| RONALD BUCHHOLZ, et al., | |
| Defendants. | |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has sought immediate judicial action (*e.g.*, a temporary restraining order) that a Magistrate Judge may not hear without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 20, 2008 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been vacated.

Dated:  6/3/08

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
        Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Michael George Descalso    mgd@greenechauvel.com

Jesshill E. Love    jlove@ropers.com, mmcpherson@ropers.com, tcruzada@ropers.com

Todd Andrew Roberts    troberts@ropers.com, mmcpherson@ropers.com, rriedell@ropers.com

Dated: 6/3/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg