**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                         408.535.5364


**June 4, 2008**

**CASE NUMBER:  CV 08-02248 RS**
**CASE TITLE:  STEVE TRACHSEL, ET AL.-v-RONALD BUCHHOLZ, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 06/03/08


FOR THE EXECUTIVE COMMITTEE:


_____
                                                                                                Clerk




NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                  Entered in Computer 06/04/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA