1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701

5  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual; SUN CITY
6  TOWERS, LLC, a California corporation;
   THOMAS CIRRITO, an individual; ATOCHA
7  LAND, LLC, a Delaware limited liability company;
   MICHAEL CIRRITO, an individual; and CIRRITO
8  HOLDINGS, LLC, a Delaware limited liability
   company

9           UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA
10
                                    SAN JOSE DIVISION
11

12  STEVE TRACHSEL, an individual; SUN            CASE NO. C08 02248RMW
13  CITY TOWERS, LLC, a California
    corporation; THOMAS CIRRITO, an              **PROOF OF SERVICE:**
14  individual; ATOCHA LAND, LLC, a              **RDB DEVELOPMENT, LLC**
    Delaware limited liability company;
15  MICHAEL CIRRITO, an individual; and
    CIRRITO HOLDINGS, LLC, a Delaware
16  limited liability company,

17              Plaintiffs,

18  v.

19  RONALD BUCHHOLZ; CHARICE
    FISCHER; RDB DEVELOPMENT, LLC,
20  a Nevada limited liability company;
    SOLOMON CAPITAL, INC., a Nevada
21  corporation; JONATHON VENTO;
    GRACE CAPITAL, LLC, dba GRACE
22  COMMUNITIES, an Arizona limited
    liability company; DONALD ZELEZNAK;
23  Z-LOFTS, LLC, an Arizona limited
    liability company; ZELEZNAK
24  PROPERTY MANAGEMENT, LLC dba
    KELLER WILLIAMS REALTY, an
25  Arizona limited liability company;
    KELLER WILLIAMS REALTY, INC., a
26  Texas corporation; and DOES 1-50,
    inclusive,
27
                Defendants.
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5131114.1/TC3                                             PROOF OF SERVICE C08 02248RS

AFF

UNITED STATES DISTRICT COURT

STEVE TRACHSEL, ET AL, )
)
       Plaintiffs, )
)
       vs. )  Case No.: C08 02248RS
)
RONALD BUCHHOLZ, ET AL, )
)
       Defendant(s). )
)
)

## AFFIDAVIT OF SERVICE

**I, CAM-TU DANG, being first duly sworn, deposes and says:**

That I am an employee of Junes Legal Service, Inc., located at 630 South Tenth Street, Ste. B, Las Vegas, Nevada 89101. I am a person over the age of eighteen and not a party to nor interested in the above-cited action. **I hereby certify and return that:**

That on or about May 2008, our office received for service a Summons, Civil Cover Sheet, Case Schedule, Welcome to USDC Packet with instructions to serve defendant(s), **Soloman Capital, Inc. and RDB Development, LLC in care of Resident Agent Ronald Bucholz**, with the provided address of 19 Avenida Sorrento, Henderson, Nevada 89011.

That the following is a summary of our office's actions to serve said defendant:

1. That on May 13, 2008, around 7:30 p.m., I caused the service to be attempted the provided address. The area is a gated home community. The server used the intercom box to call the residence. Ronald answered the phone and stated, "come on in!" When the server arrived the house, an unidentified female described as 50+ years old, short, butch with short brownish blonde hair came to the door and stated that Ronald would not be coming out, and told the server to leave the documents. Afterwards, the unidentified female became confrontational. She was stumbling all over the place. The server announced service and dropped the documents. The woman then followed the server outside and down the driveway to the server's car. She began screaming, "young lady,

come back here and pick up these papers! You have to serve him, not me!" The server continued to her car, got into the car, locked the door, and started the car. The woman got in front of the server's car and placed her hands on the car's hood. She refused to move. The server stated she was going to pull away. The server started to slowly reverse, and the woman ran around to the driver's side to try and open the door. The serve was able to pull away.

2. That based on the foregoing information, Junes Legal Services, Inc., was able to serve said Defendant(s), **Soloman Capital, Inc. and RDB Development, LLC in care of Resident Agent Ronald Bucholz**, in county of Clark, state of Nevada.

Cam-Tu Dang

Subscribed and Sworn to before me

This _15_ day of _May_ 2008.

Notary Public in and for said County and State

DEBORAH SCHUFF
Notary Public, State of Nevada
Appointment No. 99-50741-1
My Appt. Expires Oct 13, 2010