| | |
|---|---|
| 1 | TODD A. ROBERTS (SBN 129722) |
|   | JESSHILL E. LOVE (SBN 208348) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | 1001 Marshall Street, Suite 300 |
| 3 | Redwood City, CA 94063 |
|   | Telephone:    (650) 364-8200 |
| 4 | Facsimile:    (650) 780-1701 |
| 5 | Attorneys for Plaintiffs |
|   | STEVE TRACHSEL, an individual; SUN CITY |
| 6 | TOWERS, LLC, a California corporation; |
|   | THOMAS CIRRITO, an individual; ATOCHA |
| 7 | LAND, LLC, a Delaware limited liability company; |
|   | MICHAEL CIRRITO, an individual; and CIRRITO |
| 8 | HOLDINGS, LLC, a Delaware limited liability |
|   | company |

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | CASE NO. C08 02248RMW<br><br>**PROOF OF SERVICE:**<br>**SOLOMON CAPITAL, INC.** |
| Plaintiffs, | ) | |
| v. | ) | |
| RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1 | AFF

## UNITED STATES DISTRICT COURT

STEVE TRACHSEL, ET AL, )
)
**Plaintiffs,** )
)
vs. )
) Case No.: C08 02248RS
RONALD BUCHHOLZ, ET AL, )
)
**Defendant(s).** )
)
)

## AFFIDAVIT OF SERVICE

**I, CAM-TU DANG, being first duly sworn, deposes and says:**

That I am an employee of Junes Legal Service, Inc., located at 630 South Tenth Street, Ste. B, Las Vegas, Nevada 89101. I am a person over the age of eighteen and not a party to nor interested in the above-cited action. **I hereby certify and return that:**

That on or about May 2008, our office received for service a Summons, Civil Cover Sheet, Case Schedule, Welcome to USDC Packet with instructions to serve defendant(s), **Soloman Capital, Inc. and RDB Development, LLC in care of Resident Agent Ronald Bucholz**, with the provided address of 19 Avenida Sorrento, Henderson, Nevada 89011.

That the following is a summary of our office's actions to serve said defendant:

1. That on May 13, 2008, around 7:30 p.m., I caused the service to be attempted the provided address. The area is a gated home community. The server used the intercom box to call the residence. Ronald answered the phone and stated, "come on in!" When the server arrived the house, an unidentified female described as 50+ years old, short, butch with short brownish blonde hair came to the door and stated that Ronald would not be coming out, and told the server to leave the documents. Afterwards, the unidentified female became confrontational. She was stumbling all over the place. The server announced service and dropped the documents. The woman then followed the server outside and down the driveway to the server's car. She began screaming, "young lady,

come back here and pick up these papers! You have to serve him, not me!" The server continued to her car, got into the car, locked the door, and started the car. The woman got in front of the server's car and placed her hands on the car's hood. She refused to move. The server stated she was going to pull away. The server started to slowly reverse, and the woman ran around to the driver's side to try and open the door. The serve was able to pull away.

2. That based on the foregoing information, Junes Legal Services, Inc., was able to serve said Defendant(s), **Soloman Capital, Inc. and RDB Development, LLC in care of Resident Agent Ronald Bucholz**, in county of Clark, state of Nevada.

_____
Cam-Tu Dang

Subscribed and Sworn to before me
This **15** day of **May**, 2008.

_____
Notary Public in and for said County and State

DEBORAH SCHUFF
Notary Public, State of Nevada
Appointment No. 99-50741-1
My Appt. Expires Oct 13, 2010