1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 780-1701

5  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual; SUN CITY
6  TOWERS, LLC, a California corporation;
   THOMAS CIRRITO, an individual; ATOCHA
7  LAND, LLC, a Delaware limited liability company;
   MICHAEL CIRRITO, an individual; and CIRRITO
8  HOLDINGS, LLC, a Delaware limited liability
   company

9
              UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA
10
                                    SAN JOSE DIVISION
11

12 | STEVE TRACHSEL, an individual; SUN     | CASE NO. C08 02248RMW
13 | CITY TOWERS, LLC, a California         |
   | corporation; THOMAS CIRRITO, an        | **PROOF OF SERVICE:**
14 | individual; ATOCHA LAND, LLC, a        | **JONATHON VENTO**
   | Delaware limited liability company;    |
15 | MICHAEL CIRRITO, an individual; and    |
   | CIRRITO HOLDINGS, LLC, a Delaware      |
16 | limited liability company,             |

17              Plaintiffs,

18   v.

19   RONALD BUCHHOLZ; CHARICE
     FISCHER; RDB DEVELOPMENT, LLC,
20   a Nevada limited liability company;
     SOLOMON CAPITAL, INC., a Nevada
21   corporation; JONATHON VENTO;
     GRACE CAPITAL, LLC, dba GRACE
22   COMMUNITIES, an Arizona limited
     liability company; DONALD ZELEZNAK;
23   Z-LOFTS, LLC, an Arizona limited
     liability company; ZELEZNAK
24   PROPERTY MANAGEMENT, LLC dba
     KELLER WILLIAMS REALTY, an
25   Arizona limited liability company;
     KELLER WILLIAMS REALTY, INC., a
26   Texas corporation; and DOES 1-50,
     inclusive,
27
                Defendants.
28

RC1/5131114.1/TC3                                                    PROOF OF SERVICE C08 02248RS

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-7-2008 @ 6:06 P.M. |
| NAME OF SERVER (PRINT)  Chonafe Lee | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 6107 E. Bradise Dr. Scottsdale, AZ. 85254

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/2008
                    Date

Signature of Server  Chonafe Lee

Arizona Quick Serve
9393 N. 90th St, Ste 121
Scottsdale, AZ 85258

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| STEVE TRACHSEL, ET AL. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. C08 02248RS |
| RONALD BUCHHOLZ, ET AL. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Jonathon Vento
6107 E. Paradise Drive
Scottsdale, AZ 85254-4963

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

TODD A. ROBERTS
JESSHILL E. LOVE
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
(650) 364-8200

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 05 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com