1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701

5  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual; SUN CITY
6  TOWERS, LLC, a California corporation;
   THOMAS CIRRITO, an individual; ATOCHA
7  LAND, LLC, a Delaware limited liability company;
   MICHAEL CIRRITO, an individual; and CIRRITO
8  HOLDINGS, LLC, a Delaware limited liability
   company

9
                UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA
10
                                        SAN JOSE DIVISION
11

12 | STEVE TRACHSEL, an individual; SUN    | CASE NO. C08 02248RMW
13 | CITY TOWERS, LLC, a California        |
   | corporation; THOMAS CIRRITO, an       | **PROOF OF SERVICE:**
14 | individual; ATOCHA LAND, LLC, a       | **GRACE CAPITAL, LLC DBA GRACE**
   | Delaware limited liability company;   | **COMMUNITIES**
15 | MICHAEL CIRRITO, an individual; and   |
   | CIRRITO HOLDINGS, LLC, a Delaware     |
16 | limited liability company,            |

17              Plaintiffs,

18  v.

19  RONALD BUCHHOLZ; CHARICE
    FISCHER; RDB DEVELOPMENT, LLC,
20  a Nevada limited liability company;
    SOLOMON CAPITAL, INC., a Nevada
21  corporation; JONATHON VENTO;
    GRACE CAPITAL, LLC, dba GRACE
22  COMMUNITIES, an Arizona limited
    liability company; DONALD ZELEZNAK;
23  Z-LOFTS, LLC, an Arizona limited
    liability company; ZELEZNAK
24  PROPERTY MANAGEMENT, LLC dba
    KELLER WILLIAMS REALTY, an
25  Arizona limited liability company;
    KELLER WILLIAMS REALTY, INC., a
26  Texas corporation; and DOES 1-50,
    inclusive,
27
                Defendants.
28

RC1/5131114.1/TC3                                          PROOF OF SERVICE C08 02248RS

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Steve Trachsel, et al                                    NO. C08 02248RS

      Plaintiff(s)/Petitioner(s),            AFFIDAVIT OF SERVICE OF PROCESS

v.

Ronald Buchholz, et al

      Defendant(s)/Respondent(s).

I  Michael Vera  Being duly sworn, depose and say that I am fully qualified under ARCP 4(e) to serve process within the State of Arizona, and executed service in the manner described below:

<u>Documents Served:</u> **Order Setting Initial Case Management Conference and ADR Deadlines**

<u>Service Upon:</u> **Grace Capital, LLC dba Grace Communities c/o Donald J Selznak as the Reg Agent**

<u>Date of Service:</u> **May 12th, 2008**      <u>Time Of Service:</u> **12:30 PM**

**Address of Service: 1300 W. Washington St. 1st Floor , Phoenix, AZ 85007**

**Manner of Service:**

☐ By serving _____ in person.

☐ Substitute, by serving _____ , a person of suitable age & discretion who resides with _____ at the address of service.

☑ By personally serving **Jeff Barker of the AZ Corp. Commission** who holds the position of **Customer Rep.**.

☐ Other Service, As Detailed Below.

☐ Non-Service for the Reasons Detailed Below.

_____
_____
_____

I certify under penalty of perjury that the foregoing is true and correct.

X /s/ MV
Declarant: Print Name  Michael Vera
Registered in  Maricopa  County

Subscribed and Sworn to before
me this  13th  day of  May  2008.

_____  Notary Public



JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009