TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Plaintiffs
STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. C08 02248RMW <br><br> **PROOF OF SERVICE:** <br> **ZELEZNAK PROPERTY MANAGEMENT, LLC DBA KELLER WILLIAMS REALTY** |

RC1/5131114.1/TC3                                                                                                    PROOF OF SERVICE C08 02248RS

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Steve Trachsel, et al                                NO. C08 02248RS

      Plaintiff(s)/Petitioner(s),           AFFIDAVIT OF SERVICE OF PROCESS

v.

Ronald Buchholz, et al

      Defendant(s)/Respondent(s).

I __Michael Vera__ Being duly sworn, depose and say that I am fully qualified under ARCP 4(e) to serve process within the State of Arizona, and executed service in the manner described below:

Documents Served: **Order Setting Initial Case Management Conference and ADR Deadlines**

Service Upon: **Zelezenak Property Management, LLC dba Keller Williams Realty c/o Donald J Selznak as the Reg Agent**

Date of Service: **May 12th, 2008**        Time Of Service: **12:25 PM**

Address of Service: **1300 W. Washington St. 1st Floor, Phoenix, AZ 85007**

**Manner of Service:**

☐ By serving _____ in person.

☐ Substitute, by serving _____, a person of suitable age & discretion who resides with _____ at the address of service.

☒ By personally serving **Jeff Barker of the AZ Corp. Commision** who holds the position of **Customer Rep.**.

☐ Other Service, As Detailed Below.

☐ Non–Service for the Reasons Detailed Below.

I certify under penalty of perjury that the foregoing is true and correct.

X __MV__

Declarant: Print Name __Michael Vera__
Registered in __Maricopa__ County

Subscribed and Sworn to before me this __14th__ day of __May__ 2008.

_____ Notary Public

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009