```
 1  TODD A. ROBERTS (SBN 129722)
    JESSHILL E. LOVE (SBN 208348)
 2  ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
 3  Redwood City, CA  94063
    Telephone:    (650) 364-8200
 4  Facsimile:    (650) 780-1701

 5  Attorneys for Plaintiffs
    STEVE TRACHSEL, an individual; SUN CITY
 6  TOWERS, LLC, a California corporation;
    THOMAS CIRRITO, an individual; ATOCHA
 7  LAND, LLC, a Delaware limited liability company;
    MICHAEL CIRRITO, an individual; and CIRRITO
 8  HOLDINGS, LLC, a Delaware limited liability
    company
 9
              UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA
10
                                   SAN JOSE DIVISION
11
```

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C08 02248RMW<br><br>**PROOF OF SERVICE:**<br>**KELLER WILLIAMS REALTY, INC.** |

# AFFIDAVIT OF SERVICE

Came to hand on the **6th** day of **May**, 2008, at **10:00** o'clock am.
Cause No. **C08 02248RS**

Executed at **807 Las Cimas Parkway, Suite 200    Austin, Texas 78746** within the County of **Travis** at **12:08** o'clock pm on the **6th** day of **May**, 2008, by delivering to the within named:

**KELLER WILLIAMS REALTY, INC,**
**by delivering to its Registered Agent, MARY TENNANT, in person, a true copy of this Summons in a Civil Action, together with Civil Cover Sheet, Order Setting Initial Case Managment Conference and ADR Dead Lines, and the Original Complaint, having first endorsed upon such copy of such Summons the date of delivery.**

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| STEVE TRACHSEL, ET AL | By: _____ |
|---|---|
| | Barbara C. Stinnett  ID# SCH-1181 |
| Plaintiff | (Authorized Person) |
| V. | THOMAS PROCESS |
| RONALD BUCHHOLZ, ET AL | 809 Rio Grande Street |
| | Suite 103 |
| Defendant | Austin, Texas 78701 |
| | (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Barbara C. Stinnett**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
  Given under my hand and seal of office this 6th day of **May**, A.D., 2008.

_____
NOTARY PUBLIC, STATE OF TEXAS

38124/233212