Andrew A. August, SBN 112851
aaugust@pinnaclelawgroup.com
William W. Schofield, SBN 062674
wschofield@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394.5700
Facsimile 415.434.5380

Attorneys for Defendants Ronald Buchholz,
Charice Fischer, RDB Development, LLC,
and Solomon Capital, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| STEVE TRACHSEL, et al.,<br><br>          Plaintiffs,<br>     vs.<br><br>RONALD BUCHHOLZ, et al.,<br><br>          Defendants. | Case No. C08-02248RS<br><br>**CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On June 5, 2008, I served the document described as:

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER;**

**OBJECTIONS TO DECLARATION OF STEVE TRACHSEL SUBMITTED IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows [ ] (see attached list):

---

*Trachsel, et al v. Buchholz, et al.*                          - 1
No. C08 02248RS
Certificate of Service

| | |
|---|---|
| Jesshill E. Love<br>Todd Andrew Roberts<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 300<br>Redwood City, CA 94063<br>650-364-8200<br>Fax: 650-780-1701<br>Email: jlove@ropers.com<br>Email: troberts@ropers.com | Michael George Descalso<br>GREENE CHAUVEL DESCALSO MINOLETTI<br>951 Mariners Isl Blvd., Suite 630<br>San Mateo, CA 94404<br>650-573-9500<br>Email: mgd@greenechauvel.com |

[X]     BY U.S. MAIL: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date. Following said practice, I placed the above named document(s) in the United States mail at San Francisco, California.

[X]     BY E-MAIL:  Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users and by transmitting PDF copies of the above-listed document(s) to the email recipients addressed above.

     I declare under penalty of perjury under the laws of the United States of America **OR** State of California that the foregoing is true and correct.  Executed on June 5, 2008, at San Francisco, California.

                                     /s/ Mike Terry
                                      MIKE TERRY

---

*Trachsel,  et al v.Buchholz, et al.*       - 2
No. C08 02248RS
Certificate of Service