1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701

5  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual, SUN CITY
6  TOWERS, LLC, a California corporation,
   THOMAS CIRRITO, an individual,
7  ATOCHA LAND, LLC, a Delaware limited
   liability company, MICHAEL CIRRITO, an
8  individual, and CIRRITO HOLDINGS, LLC, a
   Delaware limited liability company

9

10         UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

11                                  SAN JOSE DIVISION

12

| | |
|---|---|
| 13  STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>17         Plaintiffs,<br><br>18  v.<br><br>19  RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>         Defendants. | CASE NO: C08 02248RS<br><br>**SUPPLEMENTAL DECLARATION OF JESSHILL E. LOVE IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FED. R. CIV. PROC. § 65, NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 7-10 AND 65-1]<br><br>Ctrm:   6<br>Judge:  Hon. Ronald W. Whyte |

28

RCI/5131290.1/TC3                         - 1 -              SUPPLEMENTAL DECLARATION OF
                                                             JESSHILL E. LOVE IN SUPPORT OF
                                                             PLFS' *EX PARTE* APPLICATION

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

I, JESSHILL E. LOVE, declare:

1. I am a shareholder with the law firm of Ropers, Majeski, Kohn & Bentley, attorneys of record for Plaintiffs STEVE TRACHSEL, SUN CITY TOWERS, LLC, THOMAS CIRRITO, ATOCHA LAND, LLC, MICHAEL CIRRITO, and CIRRITO HOLDINGS, LLC. The facts set forth herein are personally known to me or are set forth on the basis of information and belief. If called upon as a witness, I could and would competently testify to these facts.

2. On June 4, 2008, I personally served copies of Plaintiffs' moving papers for the instant Ex Parte Application for Temporary Restraining Order upon William Schofield of Pinnacle Law Group at United States District Court, Northern District, San Jose, California.

Executed on June 5, 2008, in Redwood City, California.

_____
JESSHILL E. LOVE