Andrew A. August, SBN 112851
aaugust@pinnaclelawgroup.com
William W. Schofield, SBN 062674
wschofield@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394.5700
Facsimile 415.434.5380

Attorneys for Defendants Ronald Buchholz,
Charice Fischer, RDB Development, LLC,
and Solomon Capital, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| STEVE TRACHSEL, et al., | Case No. C08-02248RS |
| Plaintiffs, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, AND SOLOMON CAPITAL, INC.** |
| vs. | |
| RONALD BUCHHOLZ, et al., | |
| Defendants. | |

TO: ALL PARTIES HEREIN, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys are appearing as counsel of record for defendants Ronald Buchholz, Charice Fischer, RDB Development, LLC, and Solomon Capital, Inc. and request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the above-referenced address.

Dated: June 5, 2008.                    PINNACLE LAW GROUP, LLP

                                        By: /s/ William W. Schofield
                                            William W. Schofield
                                            Andrew A. August
                                            Attorneys for Defendants
                                            Ronald Buchholz, Charice Fischer,
                                            RDB Development, LLC,
                                            and Solomon Capital, Inc.

---

*Trachsel, et al v. Buchholz, et al.*                    - 1
No. C08 02248RS
Notice of Appearance

# PROOF OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On June 5, 2008, I served the document described as:

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, AND SOLOMON CAPITAL, INC.**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows [ ] (see attached list):

| | |
|---|---|
| Jesshill E. Love<br>Todd Andrew Roberts<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 300<br>Redwood City, CA 94063<br>650-364-8200<br>Fax: 650-780-1701<br>Email: jlove@ropers.com<br>Email: troberts@ropers.com | Michael George Descalso<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA 94402<br>650-573-9500<br>Email: mgd@greenechauvel.com |

[X]   BY U.S. MAIL: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date. Following said practice, I placed the above named document(s) in the United States mail at San Francisco, California.

[ ]   BY E-MAIL: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users and by transmitting PDF copies of the above-listed document(s) to the email recipients addressed above.

I declare under penalty of perjury under the laws of the United States of America **OR** State of California that the foregoing is true and correct. Executed on June 5, 2008, at San Francisco, California.

    /s/ Mike Terry    
    MIKE TERRY

---

*Trachsel, et al v. Buchholz, et al.*   - 2  
No. C08 02248RS  
Notice of Appearance