MICHAEL G. DESCALSO, ESQ. (SBN 104354)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689

Attorneys for defendants Jonathon Vento, Grace Capital, LLC dba Grace Communities, an Arizona limited liability Company, Donald Zeleznak, Z-Loft, LLC, an Arizona limited liability company, and Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona limited liability company

UNITED STATES DISTRICT COURT  - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, et al., | Case No.:  C08-02248 RMW |
| Plaintiffs | |
| v. | NOTICE OF ADDRESS CORRECTION |
| Ronald Buchholz, et al., | |
| .                Defendants. | |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE COURT :

    Notice is hereby given that the correct address of counsel for defendants, previously incorrectly listed as 951 Mariners Island Boulevard, Suite 530, is as follows:

> Greene, Chauvel, Descalso & Minoletti
> 155 Bovet Road, Suite 780
> San Mateo, CA  94402
> Telephone (650) 573-9500
> Facsimile  (650) 573-9689

1

*Trachsel et al v. Buchholz et al*
Case No. C-08-02248 RMW
Notice Of Address Correction

1

2  Dated: June 6, 2008                    GREENE, CHAUVEL, DESCALSO & MINOLETTI

3                                                         *Michael G. Descalso*
                                              By:_____
4                                                       Michael G. Descalso
                                                        Attorneys for defendants
5                                                  Jonathon Vento, Grace Capital, LLC
                                                dba Grace Communities, an Arizona limited
6                                               liability Company, Donald Zeleznak, Z-Loft, LLC,
                                                an Arizona limited liability company, and Zeleznak
7                                               Property Management, LLC dba Keller Williams
                                                Realty, an Arizona limited liability company
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                              2

*Trachsel et al v. Buchholz et al*
27  Case No. C-08-02248 RMW
    Notice Of Address Correction
28