MICHAEL G. DESCALSO, ESQ. (SBN 104354)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689

Attorneys for defendants Jonathon Vento, Grace Capital, LLC
dba Grace Communities, an Arizona limited liability
Company, Donald Zeleznak, Z-Loft, LLC, an Arizona
limited liability company, and Zeleznak Property
Management, LLC dba Keller Williams Realty, an
Arizona limited liability company

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>               Plaintiffs,<br>v.<br><br>RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE COMMUNITIES an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company, KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive<br><br>             Defendants. | Case No.:  C08-02248 RMW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>**Date:**       **August 8, 2008**<br>**Time:**      **9:00 a.m.**<br>**Dept:**      **Courtroom 6**<br>**Judge:**     **Hon. Ronald M. Whyte** |

1

*Trachsel v. Buchholz, et al.*
Case No C-08-02248 RMW
Proposed Order Granting Motion to Dismiss

Defendants' JONATHON VENTO, GRACE CAPITAL, LLC DBA GRACE COMMUNITIES, AN ARIZONA LIMITED LIABILITY COMPANY, ZELEZNAK, Z-LOFT, LLC, AN ARIZONA IMITED LIABILITY COMPANY, AND ZELEZNAK PROPERTY MANAGEMENT, LLC DBA KELLER WILLIAMS REALTY, AN ARIZONA LIMITED LIABILITY COMPANY, ("The Grace Defendants") Motion to Dismiss came on for hearing regularly before this court on August 8, 2008. Michael G. Descalso appeared on behalf of the moving parties. Todd A. Roberts appeared on behalf of plaintiffs.

The court having considered the papers submitted by the parties, and the arguments of counsel, and good cause thereby appearing:

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and that judgment be entered forthwith in favor of The Grace Defendants.

Dated: _____          _____
                                Ronald M. Whyte
                                Judge of the United States District Court