1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA  94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual; SUN CITY
6  TOWERS, LLC, a California corporation;
   THOMAS CIRRITO, an individual; ATOCHA
7  LAND, LLC, a Delaware limited liability company;
   MICHAEL CIRRITO, an individual; and CIRRITO
8  HOLDINGS, LLC, a Delaware limited liability
   company

9
           UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
   STEVE TRACHSEL, an individual; SUN        CASE NO.  C08 02248RMW
13 CITY TOWERS, LLC, a California
   corporation; THOMAS CIRRITO, an           **PROOF OF SERVICE:**
14 individual; ATOCHA LAND, LLC, a           **Z-LOFTS, LLC**
   Delaware limited liability company;
15 MICHAEL CIRRITO, an individual; and
   CIRRITO HOLDINGS, LLC, a Delaware
16 limited liability company,

17                  Plaintiffs,

18 v.

19 RONALD BUCHHOLZ; CHARICE
   FISCHER; RDB DEVELOPMENT, LLC,
20 a Nevada limited liability company;
   SOLOMON CAPITAL, INC., a Nevada
21 corporation; JONATHON VENTO;
   GRACE CAPITAL, LLC, dba GRACE
22 COMMUNITIES, an Arizona limited
   liability company; DONALD ZELEZNAK;
23 Z-LOFTS, LLC, an Arizona limited
   liability company; ZELEZNAK
24 PROPERTY MANAGEMENT, LLC dba
   KELLER WILLIAMS REALTY, an
25 Arizona limited liability company;
   KELLER WILLIAMS REALTY, INC., a
26 Texas corporation; and DOES 1-50,
   inclusive,

27                  Defendants.

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5131114.1/TC3

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 5/29/2008 |
| NAME OF SERVER *(PRINT)*<br>Michael Vera | TITLE<br>Registered Process Server, Maricopa County | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   Arizona Corporation Commission, 1300 W. Washington St., 1st Floor, Phoenix, AZ 85007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Rebekah Hernandez, Customer Service Rep. for the AZ Corp. Commission, authorized to accept service on behalf of Z-Lofts, LLC, at 12:00 PM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/5/2008       _____
              Date              *Signature of Server*

          c/o Western Attorney Services
          75 Columbia Square, San Francisco, CA 94103
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.