1  Andrew A. August, SBN 112851
   aaugust@pinnaclelawgroup.com
2  William W. Schofield, SBN 062674
   wschofield@pinnaclelawgroup.com
3  Pinnacle Law Group, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104
   Telephone 415.394.5700
5  Facsimile 415.434.5380

6  Attorneys for Defendants Ronald Buchholz,
   Charice Fischer, RDB Development, LLC,
7  and Solomon Capital, Inc.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN JOSE DIVISION)

11

12  STEVE TRACHSEL, et al.,                 Case No. C08-02248RS

13                          Plaintiffs,     **CERTIFICATION OF INTERESTED
                                            ENTITIES OR PERSONS**
        vs.

14  RONALD BUCHHOLZ, et al.,

15                          Defendants.

16

17       The undersigned, counsel of record for Defendants Ronald Buchholz, Charice Fischer, RDB

18  Development, LLC, and Solomon Capital, Inc., pursuant to Civil L.R. 3-16, certifies that the

19  following listed persons, associations of persons, firms, partnerships, corporations (including parent

20  corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a

21  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

22  could be substantially affected by the outcome of this proceeding.  These representations are made

23  to enable the Court to evaluate possible disqualification or recusal.

24

| Name of Interested Entity or Person | Nature of Interest |
|---|---|
| David Towers, LLC | Member of Solomon Towers, LLC |
| Lee Living Trust (Roland Lee, Trustee) | Member of Solomon Towers, LLC |
| JKAT Properties, LLC | Member of Solomon Towers, LLC |
| Daystream ST, LLC | Member of Solomon Towers, LLC |
| Kang Living Trust | Member of Solomon Towers, LLC |
| The Laubach Living Trust (Mark Laubach, Trustee) | Member of Solomon Towers, LLC |
| Al & Betty Miller | Member of Solomon Towers, LLC |
| Tower Capital Partners, LLC | Member of Solomon Towers, LLC |

25
26
27
28

*Trachsel, et al v.Buchholz, et al.*                     - 1
No. C08 02248RS
Certification of Interested Entities or Persons

| Name of Interested Entity or Person | Nature of Interest |
|---|---|
| Dennis Krantz | Member of Solomon Towers, LLC |
| CRS Properties, LLC | Member of Solomon Towers, LLC |
| Tony & Cynthia Liardon | Member of Solomon Towers, LLC |
| Timothy & Carole Hendrix | Member of Solomon Towers, LLC |
| Buchholz Family Trust (Melody Buchholz, Trustee) | Member of Solomon Towers, LLC |
| The Opie-Gluska Family Trust (Michael Opie, Trustee) | Member of Solomon Towers, LLC |
| Figone Family Living trust (Al Figone, Trustee) | Member of Solomon Towers, LLC |
| Tamara Gluska | Noteholder to Solomon Towers, LLC |
| Michael Opie | Noteholder to Solomon Towers, LLC |
| Juan Bettaglio | Noteholder to Solomon Towers, LLC |
| Alan J Figone | Noteholder to Solomon Towers, LLC |
| Janet M Figone | Noteholder to Solomon Towers, LLC |
| William E Buchholz | Noteholder to Solomon Towers, LLC |
| Melody J Buchholz | Noteholder to Solomon Towers, LLC |
| Timothy Mark Hendrix | Noteholder to Solomon Towers, LLC |
| Carole Ann Hendrix | Noteholder to Solomon Towers, LLC |
| Millard Buchholz | Noteholder to Solomon Towers, LLC |

Dated:  June 13, 2008.                          PINNACLE LAW GROUP, LLP

                                    By:  /s/ William W. Schofield
                                         William W. Schofield
                                         Andrew A. August
                                         Attorneys for Defendants
                                         Ronald Buchholz, Charice Fischer,
                                         RDB Development, LLC,
                                         and Solomon Capital, Inc.

_____
*Trachsel,  et al v.Buchholz, et al.*                    - 2
No. C08 02248RS
Certification of Interested Entities or Persons

1

**PROOF OF SERVICE**

2

I am employed in the office of a member of the bar of this Court in the City and County of
San Francisco, at whose direction this service was made.  I am over the age of 18 and not a party to
the within action. My business address is 425 California Street, Suite 1800, San Francisco,
California 94104.

3

4

On June 13, 2008, I served the document described as:

5

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

6

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in
sealed envelopes addressed as follows [ ] (see attached list):

7

8

Jesshill E. Love                           Michael George Descalso
Todd Andrew Roberts                        Greene, Chauvel, Descalso & Minoletti

9

ROPERS, MAJESKI, KOHN &                    155 Bovet Road, Suite 780
BENTLEY                                    San Mateo, CA  94402

10

1001 Marshall Street, Suite 300            650-573-9500
Redwood City, CA 94063                     Email: mgd@greenechauvel.com

11

650-364-8200
Fax: 650-780-1701

12

Email: jlove@ropers.com
Email: troberts@ropers.com

13

14

[X]    BY E-MAIL:  Service was accomplished through the Notice of Electronic Filing for parties
       and counsel listed above who are registered ECF Users.

15

16

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  Executed on June 13, 2008, at San Francisco, California.

17

18

       /s/ Mike Terry
       MIKE TERRY

19

20

21

22

23

24

25

26

27

28

---

*Trachsel,  et al v.Buchholz, et al.*                - 3
No. C08 02248RS
Certification of Interested Entities or Persons