```
 1   TODD A. ROBERTS (SBN 129722)
     JESSHILL E. LOVE (SBN 208348)
 2   ROPERS, MAJESKI, KOHN & BENTLEY
     1001 Marshall Street, Suite 300
 3   Redwood City, CA 94063
     Telephone:  (650) 364-8200
 4   Facsimile:  (650) 780-1701

 5   Attorneys for Plaintiffs
     STEVE TRACHSEL, an individual; SUN CITY
 6   TOWERS, LLC, a California corporation;
     THOMAS CIRRITO, an individual; ATOCHA
 7   LAND, LLC, a Delaware limited liability company;
     MICHAEL CIRRITO, an individual; and CIRRITO
 8   HOLDINGS, LLC, a Delaware limited liability
     company
```

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C08 02248RMW<br><br>**RE-NOTICE OF PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**<br><br>Date:  August 8, 2008<br>Time:  9:00 a.m.<br>Ctrm:  6<br>Judge:  Hon. Ronald M. Whyte |

1  Pursuant to Judge Whyte's June 6, 2008 Order and for the convenience of counsel,
2  Plaintiffs hereby re-notice the hearing date of its Application for Right to Attach Order and Order
3  for Issuance of Writ of Attachment After Hearing for Friday, August 8, 2008, at 9:00 a.m., in
4  Department 6 before the Hon. Ronald M. Whyte.

Dated: June 24, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Plaintiffs
STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company