Jul-09-2009 03:49pm  From-G&R20THFLR                                      T-590  P.003/004  F-378

1  DION N. COMINOS (SBN: 136522)
   MEAGEN E. LEARY (SBN: 233103)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  KELLER WILLIAMS REALTY, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEVE TRACHSEL, an individual, SUN CITY      ) CASE NO. C08 2248
   | TOWERS, LLC, a California corporation, THOMAS)
12 | CIRRITO, and individual, ATOCHA LAND, LLC,   ) **STIPULATION TO EXTEND TIME**
   | a Delaware limited liability company, MICHAEL ) **TO RESPOND TO COMPLAINT**
13 | CIRRITO, and individual, and CIRRITO         )
   | HOLDINGS, LLC, a Delaware limited liability  )
14 | company,                                     )
                                                  )
15                      Plaintiffs,               )
                                                  )
16         vs.                                    )
                                                  )
17 | RONALD BUCHHOLZ, CHARICE FISCHER,            )
   | RDB DEVELOPMENT, LLC, a Nevada limited       )
18 | liability company, SOLOMON CAPITAL, LLC, a   )
   | Nevada limited liability company, JONATHON   )
19 | VENTO, GRACE CAPITAL, LLC, dba GRACE         )
   | COMMUNITIES, an Arizona limited liability    )
20 | company, DONALD ZELEZNAK, Z-LOFT, LLC,       )
   | an Arizona limited liability company, ZELEZNAK)
21 | PROPERTY MANAGEMENT, LLC dba KELLER          )
   | WILLIAMS REALTY, INC., a Texas corporation,  )
22 | and DOES 1-50, inclusive,                    )
                                                  )
23                      Defendants.               )

24

25
         IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs STEVE
26
   TRACHSEL, SUN CITY TOWERS, LLC, THOMAS CIRRITO, ATOCHA LAND, LLC,
27
   MICHAEL CIRRITO, and CIRRITO HOLDINGS, LLC and Defendant KELLER WILLIAMS
28

                                          -1-
                    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Jul-09-2008  03:49pm  From-G&R20THFLR                                T-590  P.004/004  F-378

1  REALTY, INC. that KELLER WILLIAMS REALTY, INC.'S time to respond to the Complaint
2  is extended to August 1, 2008.

GORDON & REES LLP

Dated: July 9, 2008                 By: /s/
                                    DION N. COMINOS
                                    MEAGEN E. LEARY
                                    Attorneys for Defendant KELLER
                                    WILLIAMS REALTY, INC.

ROPERS, MAJESKI, KOHN & BENTLEY

Dated: 7/10/08                      By: /s/
                                    TODD A. ROBERTS
                                    JESSHILL E. LOVE
                                    Attorneys for Plaintiffs STEVE
                                    TRACHSEL, SUN CITY TOWERS,
                                    LLC, THOMAS CIRRITO, ATOCHA
                                    LAND, LLC, MICHAEL CIRRITO,
                                    and CIRRITO HOLDINGS, LLC

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  :       Steve Trachsel, et al. v. Ronald Buchholz, et al.
          United States District Court Northern District of California, San Jose Division
2         Case No. No. C08 02248

3                              **PROOF OF SERVICE**

4         I am a citizen of the United States. My business address is 275 Battery Street, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within action.

6         On July 14, 2008, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

                  STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

9  **X**  **BY (CM/ECF) ELECTRONIC CASE FILE SYSTEM**: with the United States District Court, Northern District, to all parties listed on the court's proof of electronic service.

11 ☐     **BY FACSIMILE**: by transmitting by facsimile to the number(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

13 ☐     **PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

14 ☐     **MAIL**: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California to the offices of the addressee(s) listed below:

16 ☐     **OVERNIGHT DELIVERY**: I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

          Executed on July 14, 2008 at San Francisco, California.

                                                    _____
                                                    Sandra Sarmiento

*Gordon & Rees LLP*
*Embarcadero Center West*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

KWR/1051542/5802734v.1