| | |
|---|---|
| 1 | TODD A. ROBERTS (SBN 129722) |
|   | JESSHILL E. LOVE (SBN 208348) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | 1001 Marshall Street, Suite 300 |
| 3 | Redwood City, CA 94063 |
|   | Telephone:  (650) 364-8200 |
| 4 | Facsimile:  (650) 780-1701 |

5   Attorneys for Plaintiffs
    STEVE TRACHSEL, an individual; SUN CITY
6   TOWERS, LLC, a California corporation;
    THOMAS CIRRITO, an individual; ATOCHA
7   LAND, LLC, a Delaware limited liability company;
    MICHAEL CIRRITO, an individual; and CIRRITO
8   HOLDINGS, LLC, a Delaware limited liability
    company

### UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| Plaintiffs | Case Info |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, | CASE NO. C08 02248RMW  **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM DISCOVERY STAY**  [FED. R. CIV. PROC. §§ 26(b)(2)(C), 26(f), 30(a)(2)(A)(iii); 15 U.S.C. §§ 77z-1(b)(3), 78u-4(b)(3)(B)] |
| Plaintiffs, | Date: August 22, 2008 |
| v. | Time: 9:30 a.m. |
| RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive, | Ctrm: 6 |
|   | Judge: Hon. Ronald Whyte |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on August 22, 2008, at 9:30 a.m. in Courtroom 6 of the above-entitled court, located at 280 South First Street, San Jose, California, Plaintiffs STEVE TRACHSEL, SUN CITY TOWERS, LLC, THOMAS CIRRITO, ATOCHA LAND, LLC, MICHAEL CIRRITO, and CIRRITO HOLDINGS, LLC ("Plaintiffs") will move the Court for an Order Granting Plaintiffs Limited Relief from the Discovery Stay imposed by Federal Rule of Civil Procedure 26(f) and the Private Securities Litigation Reform Act, thereby allowing Plaintiffs to depose nonparties Valerie Bunnell and Todd Squellati.

The Motion for Relief from Discovery Stay is brought on the grounds that Plaintiffs' discovery requests are limited, particularized, intended to prevent the destruction of evidence, and would result in undue injury if not granted at this time.

This Application is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Jesshill E. Love, all the papers and files lodged and filed in this proceeding, and on oral argument at the time of hearing.

Dated: July 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Plaintiffs
STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California corporation; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company