1   Andrew A. August, SBN 112851
    aaugust@pinnaclelawgroup.com
2   William W. Schofield, SBN 062674
    wschofield@pinnaclelawgroup.com
3   Pinnacle Law Group, LLP
    425 California Street, Suite 1800
4   San Francisco, California 94104
    Telephone 415.394.5700
5   Facsimile 415.394.5003

6   Attorneys for Defendants Ronald Buchholz,
    Charice Fischer, RDB Development, LLC,
7   and Solomon Capital, Inc.

8

9
                    UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA

11                        (SAN JOSE DIVISION)

12
    STEVE TRACHSEL, et al.,                Case No. C08-02248 RMW
13
                            Plaintiffs,    **DEFENDANTS' NOTICE OF OPPOSITION
14          vs.                            TO PLAINTIFFS' APPLICATION FOR
                                           RIGHT TO ATTACH ORDER**
15   RONALD BUCHHOLZ, et al,
                                           Date:    August 8, 2008
16                          Defendants.    Time:    9:00 a.m.
                                           Ctrm:    6
17                                         Judge:   Hon. Ronald M. Whyte

18

19

20          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21          PLEASE TAKE NOTICE that Defendants Ronald Buchholz, Charice Fischer, RDB

22   Development, LLC, and Solomon Capital, Inc. oppose the Application of Plaintiffs for a Right To

23   Attach Order on the following grounds:

24          1.      Plaintiffs have not and cannot establish the probable validity of their claim against

25   these Defendants.

26          2.      Plaintiffs have improperly described property subject to the proposed attachment.

27          The Opposition will be based on this Notice under California Code of Civil Procedure

28   section 484.060; the accompanying Memorandum of Points and Authorities in Opposition to

    _____
    *Trachsel, et al v.Buchholz, et al.*                    - 1
    No. C08 02248 RMW
    Notice of Opposition to Plaintiffs' Right To Attach Application

1    Plaintiffs' Right To Attach Application; the accompanying Declarations of Charice Fischer, Melody

2    J. Buchholz, William E. Buchholz, Jan Edbrooke, Alan J. Figone, Dennis Krantz, Tony Liardon,

3    Betty Miller, and Sam Stafford in Opposition to Plaintiffs' Right To Attach Application; the

4    Accompanying Objections to Declaration of Steve Trachsel Submitted In Support of Application

5    for Right To Attach Order; the pleadings on file herein; and on such further evidence and argument

6    as may be presented at the hearing of Plaintiffs' Application.

7

8    Dated:  July 18, 2008.                          PINNACLE LAW GROUP, LLP

9

10                                        By:   /s/ William W. Schofield
                                                 William W. Schofield
11                                               Attorneys for Defendants
                                                 Ronald Buchholz, Charice Fischer,
12                                               RDB Development, LLC,
                                                 and Solomon Capital, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
*Trachsel,  et al v.Buchholz, et al.*                     - 2
No. C08 02248 RMW
Notice of Opposition to Plaintiffs' Right To Attach Application