1  Andrew A. August, SBN 112851
   aaugust@pinnaclelawgroup.com
2  William W. Schofield, SBN 062674
   wschofield@pinnaclelawgroup.com
3  Pinnacle Law Group, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104
   Telephone 415.394.5700
5  Facsimile 415.434.5380

6  Attorneys for Defendants Ronald Buchholz,
   Charice Fischer, RDB Development, LLC,
7  and Solomon Capital, Inc.

8

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11                        (SAN JOSE DIVISION)

12
   STEVE TRACHSEL, et al.,               Case No. C08-02248 RMW
13
                        Plaintiffs,      **CERTIFICATE OF SERVICE**
14      vs.

15 RONALD BUCHHOLZ, et al.,

16                      Defendants.

17

18                        **PROOF OF SERVICE**

19     I am employed in the office of a member of the bar of this Court in the City and County of
   San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to
20 the within action. My business address is 425 California Street, Suite 1800, San Francisco,
   California 94104.
21
       On July 18, 2008, I served true and correct copies of the document described as:
22
   **DEFENDANTS' NOTICE OF OPPOSITION TO PLAINTIFFS' APPLICATION FOR
23 RIGHT TO ATTACH ORDER;**

24 **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
   TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**
25
   **OBJECTIONS TO DECLARATION OF STEVE TRACHSEL IN SUPPORT OF
26 APPLICATION FOR RIGHT TO ATTACH ORDER;**

27 **DECLARATION OF CHARICE FISCHER IN OPPOSITION TO PLAINTIFFS'
   APPLICATION FOR RIGHT TO ATTACH ORDER;**
28

---
*Trachsel, et al v. Buchholz, et al.*                    - 1
No. C08 02248RS
Certificate of Service

**DECLARATION OF MELODY J. BUCHHOLZ IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**

**DECLARATION OF WILLIAM E. BUCHHOLZ IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**

**DECLARATION OF JAN EDBROOKE IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**

**DECLARATION OF ALAN J. FIGONE IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**

**DECLARATION OF DENNIS KRANTZ IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**

**DECLARATION OF TONY LIARDON IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER;**

**DECLARATION OF BETTY MILLER IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER; and,**

**DECLARATION OF SAM STAFFORD IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR RIGHT TO ATTACH ORDER.**

on the interested parties in this action addressed as follows [ ] (see attached list):

| | |
|---|---|
| Jesshill E. Love<br>jlove@ropers.com<br>mmcpherson@ropers.com,<br>tcruzada@ropers.com | Todd Andrew Roberts<br>troberts@ropers.com,<br>mmcpherson@ropers.com,<br>rriedell@ropers.com |

Michael George Descalso
mgd@greenechauvel.com

[X]    BY E-MAIL: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2008, at San Francisco, California.

                                                            /s/ Mike Terry
                                                          MIKE TERRY