Andrew A. August, SBN 112851
aaugust@pinnaclelawgroup.com
William W. Schofield, SBN 062674
wschofield@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394.5700
Facsimile 415.394.5003

Attorneys for Defendants Ronald Buchholz,
Charice Fischer, RDB Development, LLC,
and Solomon Capital, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| STEVE TRACHSEL, et al., | Case No. C08-02248 RMW |
| Plaintiffs, | **OBJECTION AND MOTION TO STRIKE THOMAS CIRRITO DECLARATION** |
| vs. | |
| RONALD BUCHHOLZ, et al, | Date:     August 8, 2008 |
| Defendants. | Time:     9:00 a.m. |
| | Ctrm:     6 |
| | Judge:    Hon. Ronald M. Whyte |

Defendants Ronald Buchholz, Charice Fischer, RDB Development, LLC, and Solomon Capital, Inc. object to, and move to strike, the "Declaration of Thomas Cirrito in Support of Plaintiffs' Reply to Opposition in Support to Application for [Writ of Attachment and ] (sic) Right To Attach Order" on the following grounds:

Mr. Cirrito's statements are (a) <u>irrelevant</u> to the issues to be decided and (b) <u>unsworn</u> and incompetent.

(a)     **RELEVANCE**:  The only issue important as to Thomas Cirrito is whether he was an "accredited investor" as that term is defined in securities laws.   If he was, then he is deemed <u>as a matter of law</u> to be a purchaser who "by reason of . . .  business or financial experience . . . could be reasonably assumed to have the capacity to protect their own interests in connection with the

*Trachsel, et al. v.Buchholz, et al.*                          - 1
No. C08 02248 RMW
Objections and Motion to Strike T. Cirrito Declaration

1  transaction" under the limited offering exemption of California Corporations Code section
2  25102(f)(2).

3          This is made clear in Rules 260.102.12 and 260.102.13 of the California Code of
4  Regulations.[1] Rule 260.102.12 provides that the term "purchasers" used in section 25102(f)(2)
5  does not include those who are "excluded from the count of purchasers" under Rule 260.102.13.[2]
6  Accredited investors are among those excluded from that count under Rule 260.102.13.[3]

7          Mr. Cirrito was an accredited investor at the time of the underlying transaction and he does
8  not claim otherwise.  His vague and conclusory statements about lack of prior real estate investment
9  experience are irrelevant to the issue of whether the transaction was exempted from the California
10 Corporations Code's registration requirements under section 25102(f).

11         **(b)    UNSWORN:** Mr. Cirrito's "declaration" is simply signed, but not *under penalty of*
12 *perjury* as required by law.  28 U.S.C. §1746.  The declaration is inadmissible in its entirety.

13

14  Dated:  July 29, 2008.                    PINNACLE LAW GROUP, LLP

15

16                                            By:  /s/ William W. Schofield
17                                                 William W. Schofield
                                                   Attorneys for Defendants
18                                                 Ronald Buchholz, Charice Fischer,
                                                   RDB Development, LLC,
19                                                 and Solomon Capital, Inc.

20

21

22

23

24

25  ─────────────────────

26  [1] Calif. Code of Reg., Tile 10, Chapter 3, §§260.102.12, 260.102.13.

27  [2] *Id*. at §260.102.12(d)(2).

28  [3] *Id*. at §260.102.13(g).

─────────────────────────────
*Trachsel, et al. v.Buchholz, et al.*                - 2 -
No. C08 02248 RMW
Objections and Motion to Strike T. Cirrito Declaration