Andrew A. August, SBN 112851
aaugust@pinnaclelawgroup.com
William W. Schofield, SBN 062674
wschofield@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394.5700
Facsimile 415.394.5003

Attorneys for Defendants Ronald Buchholz,
Charice Fischer, RDB Development, LLC,
and Solomon Capital, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| STEVE TRACHSEL, et al., <br><br> Plaintiffs, <br> vs. <br> RONALD BUCHHOLZ, et al, <br><br> Defendants. | Case No. C08-02248 RMW <br><br> **OBJECTION AND MOTION TO STRIKE MICHAEL CIRRITO DECLARATION** <br><br> Date:  August 8, 2008 <br> Time:  9:00 a.m. <br> Ctrm:  6 <br> Judge:  Hon. Ronald M. Whyte |

Defendants Ronald Buchholz, Charice Fischer, RDB Development, LLC, and Solomon Capital, Inc. object to, and move to strike, the "Declaration of Michael Cirrito in Support of Plaintiffs' Reply to Opposition in Support to Application for [Writ of Attachment and ] (sic) Right To Attach Order" on the following grounds:

Mr. Cirrito's statements are (a) <u>irrelevant</u> to the issues to be decided and (b) <u>unsworn</u> and incompetent.

(a)    **RELEVANCE**:  The only issue that is important as to Michael Cirrito is whether he was an "accredited investor" as that term is defined in securities laws.   If he was, then he is deemed <u>as a matter of law</u> to be a purchaser who "by reason of . . . business or financial experience . . . could be reasonably assumed to have the capacity to protect their own interests in connection with

*Trachsel, et al. v.Buchholz, et al.*                            - 1
No. C08 02248 RMW
Objections and Motion to Strike M. Cirrito Declaration

the transaction" under the limited offering exemption of California Corporations Code section 25102(f)(2).

This is made clear in Rules 260.102.12 and 260.102.13 of the California Code of Regulations.[1] Rule 260.102.12 provides that the term "purchasers" used in section 25102(f)(2) does not include those who are "excluded from the count of purchasers" under Rule 260.102.13.[2] Accredited investors are among those excluded from that count under Rule 260.102.13.[3]

Mr. Cirrito was an accredited investor at the time of the underlying transaction and he does not claim otherwise. His vague and conclusory statements about lack of prior real estate investment experience are irrelevant to the issue of whether the transaction was exempted from the California Corporations Code's registration requirements under section 25102(f).

**(b)    UNSWORN:** Mr. Cirrito's "declaration" is simply signed, but not *under penalty of perjury* as required by law. 28 U.S.C. §1746. The declaration is inadmissible in its entirety.

Dated: July 29, 2008.                                PINNACLE LAW GROUP, LLP


By:  /s/ William W. Schofield
        William W. Schofield
        Attorneys for Defendants
        Ronald Buchholz, Charice Fischer,
        RDB Development, LLC,
        and Solomon Capital, Inc.

---

[1] Calif. Code of Reg., Tile 10, Chapter 3, §§260.102.12, 260.102.13.

[2] *Id*. at §260.102.12(d)(2).

[3] *Id*. at §260.102.13(g).

---

*Trachsel, et al. v. Buchholz, et al.*                                - 2
No. C08 02248 RMW
Objections and Motion to Strike M. Cirrito Declaration