Andrew A. August, SBN 112851
aaugust@pinnaclelawgroup.com
William W. Schofield, SBN 062674
wschofield@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394.5700
Facsimile 415.434.5380

Attorneys for Defendants Ronald Buchholz,
Charice Fischer, RDB Development, LLC,
and Solomon Capital, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| STEVE TRACHSEL, et al., | Case No. C08-02248 RMW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| RONALD BUCHHOLZ, et al., | |
| Defendants. | |

**PROOF OF SERVICE**

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On July 29, 2008, I served true and correct copies of the document described as:

**OBJECTIONS AND MOTION TO STRIKE PORTIONS OF REPLY BRIEF; REQUEST FOR SANCTIONS**

**OBJECTION AND MOTION TO STRIKE THOMAS CIRRITO DECLARATION**

**OBJECTION AND MOTION TO STRIKE MICHAEL CIRRITO DECLARATION**

on the interested parties in this action addressed as follows [ ] (see attached list):

---

*Trachsel, et al v. Buchholz, et al.*   - 1
No. C08 02248RS
Certificate of Service

| | |
|---|---|
| Jesshill E. Love | Todd Andrew Roberts |
| jlove@ropers.com | troberts@ropers.com, |
| mmcpherson@ropers.com, | mmcpherson@ropers.com, |
| tcruzada@ropers.com | rriedell@ropers.com |

Michael George Descalso
mgd@greenechauvel.com

[X]   BY E-MAIL:  Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 29, 2008, at San Francisco, California.

                                                        /s/ Shauna Hardeman
                                                        SHAUNA HARDEMAN

Hon. Hon. Ronald M. Whyte
United States Bankruptcy Court
Courtroom 6, 4th Floor
280 South 1st Street
San Jose, CA 95113
**Attention: CHAMBERS COPIES**

---

*Trachsel, et al v. Buchholz, et al.*                                        - 2
No. C08 02248RS
Certificate of Service