TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Plaintiffs
STEVE TRACHSEL, an individual, SUN CITY
TOWERS, LLC, a California limited liability
company, THOMAS CIRRITO, an individual,
ATOCHA LAND, LLC, a Delaware limited
liability company, MICHAEL CIRRITO, an
individual, and CIRRITO HOLDINGS, LLC, a
Delaware limited liability company

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California limited liability company; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO: C08 02248RMW <br><br> **NOTICE OF ERRATA IN DECLARATIONS OF STEVE TRACHSEL, THOMAS CIRRITO, MICHAEL CIRRITO, AND JESSHILL E. LOVE IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT AND RIGHT TO ATTACH ORDER** <br><br> **[FED. R. CIV. PROC. § 65, NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 7-10 AND 65-1]** <br><br> Date:   **August 8, 2008** <br> Time:   **9:00 a.m.** <br> Ctrm:   6 <br> Judge:   **Hon. Ronald M. Whyte** |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

On July 25, 2008, Plaintiffs STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California limited liability company, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, and CIRRITO HOLDINGS, LLC, a Delaware limited liability company filed their Reply to Defendants' Opposition to Plaintiffs' Application for Writ of Attachment and Right to Attach Order, which contained the following inadvertent errors:

1.      The Declaration of Steve Trachsel in Support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Application for Writ of Attachment and Right to Attach Order inadvertently omitted the phrase "I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto."

2.      The Declaration of Thomas Cirrito in Support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Application for Writ of Attachment and Right to Attach Order inadvertently omitted the phrase "I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto."

3.      The Declaration of Michael Cirrito in Support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Application for Writ of Attachment and Right to Attach Order inadvertently omitted the phrase "I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto."

4.      The Declaration of Jesshill E. Love in Support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Application for Writ of Attachment and Right to Attach Order inadvertently omitted the phrase "I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto."

WHEREFORE, together with this Notice, Plaintiffs hereby submit and file the corrected Declarations of Steve Trachsel, Thomas Cirrito, Michael Cirrito, and Jesshill E. Love in Support of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Application for Writ of Attachment and Right to Attach Order, as duly noticed on the caption, which contain the aforementioned

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1  language indicating that the declarations are executed under penalty of perjury.  The corrected

2  Declarations of Steve Trachsel, Thomas Cirrito, Michael Cirrito, and Jesshill E. Love in Support

3  of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Application for Writ of Attachment

4  and Right to Attach Order contain no substantive changes and make no changes other than the

5  ones set forth above.

6

7  Dated: August 1, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

8

9                                           By:
10                                           TODD A. ROBERTS
                                             JESSHILL E. LOVE
11                                           Attorneys for Plaintiffs
                                             STEVE TRACHSEL, an individual, SUN CITY
12                                           TOWERS, LLC, a California limited liability
                                             company, THOMAS CIRRITO, an individual,
13                                           ATOCHA LAND, LLC, a Delaware limited
                                             liability company, MICHAEL CIRRITO, an
14                                           individual, and CIRRITO HOLDINGS, LLC, a
                                             Delaware limited liability company
15

16

17

18

19

20

21

22

23

24

25

26

27

28

RCI/5160721.1/BRL                    - 3 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1    TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
2    ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
3    Redwood City, CA 94063
Telephone:   (650) 364-8200
4    Facsimile:   (650) 780-1701

5    Attorneys for Plaintiffs
STEVE TRACHSEL, an individual, SUN CITY
6    TOWERS, LLC, a California limited liability
company, THOMAS CIRRITO, an individual,
7    ATOCHA LAND, LLC, a Delaware limited
liability company, MICHAEL CIRRITO, an
8    individual, and CIRRITO HOLDINGS, LLC, a
Delaware limited liability company

9

10       UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| 13   STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California limited liability company; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, | CASE NO: C08 02248RMW **DECLARATION OF STEVE TRACHSEL IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT AND RIGHT TO ATTACH ORDER** |

17           Plaintiffs,

                              **[FED. R. CIV. PROC. § 65, NORTHERN**
18   v.                        **DISTRICT OF CALIFORNIA CIVIL**
                              **LOCAL RULES 7-10 AND 65-1]**
19   RONALD BUCHHOLZ; CHARICE
FISCHER; RDB DEVELOPMENT, LLC, a     **Date:**    **August 8, 2008**
20   Nevada limited liability company;         **Time:**    **9:00 a.m.**
SOLOMON CAPITAL, INC., a Nevada       **Ctrm:**    **6**
21   corporation; JONATHON VENTO; GRACE    **Judge:**   **Hon. Ronald M. Whyte**
CAPITAL, LLC, dba GRACE
22   COMMUNITIES, an Arizona limited liability
company; DONALD ZELEZNAK;
23   Z-LOFTS, LLC, an Arizona limited liability
company; ZELEZNAK PROPERTY
24   MANAGEMENT, LLC dba KELLER
WILLIAMS REALTY, an Arizona limited
25   liability company; KELLER WILLIAMS
REALTY, INC., a Texas corporation; and
26   DOES 1-50, inclusive,

27           Defendants.

28

RC1/5156611.1/BRL                - 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

I, STEVE TRACHSEL, declare:

1.     I am a Plaintiff in the above-titled action.  The facts set forth herein are personally known to me or are set forth on the basis of information and belief.  If called upon as a witness, I could and would competently testify to these facts.

2.     I do not recall preparing the PowerPoint presentation shown at the February 3, 2005 investor meeting introducing the Solomon Towers project.  After the February 3 meeting, at which I was not present, I received a copy of the presentation from Charice Fischer and subsequently modified it for other purposes.

3.     Notwithstanding a brief Power Point presentation and Pro Forma financials for the project, no other disclosure documentation was disseminated to me regarding the Solomon Towers project.  There was no Private Placement Memorandum provided to me at any time setting forth the potential risks inherently involved in the project and the potential future loss of the entire investment.

4.     At the time Defendants presented the Solomon Towers investment to me, they had already designated in the Pro Forma given to the potential investors that the price of the land at issue would be $5,000,000.  On April 11, 2005, Solomon Towers, LLC purchased the land from Defendants Zeleznak and Vento for $5,004,929, using exclusively investor funds.  Defendant Zeleznak was given a commission of $1,000,000 on the sale.

5.     During my conversation with Defendant FISCHER following the February meeting, Defendant FISCHER materially misrepresented the actual return or "profit" to the Plaintiff investors on the Solomon Towers project.  The Pro Forma Finance & Investment Analysis I received represented that investors would receive a 50% share of all profits.  On the basis of this representation, I decided to invest in the project.

/ / /

/ / /

/ / /

/ / /

/ / /

RCI/5156611.1/BRL

- 2 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

6.    Now that the project is "on hold" and severely undercapitalized, Plaintiffs cannot reasonably expect a return of any kind on this investment, much less the promised 50% return. As a result, I have been damaged by the loss of my investment funds in the project.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto.

Executed on August 1, 2008, in San Jose, California.

STEVE TRACHSEL

RC1/5156611.1/BRL                                  - 3 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1   TODD A. ROBERTS (SBN 129722)
    JESSHILL E. LOVE (SBN 208348)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA 94063
    Telephone:   (650) 364-8200
4   Facsimile:   (650) 780-1701

5   Attorneys for Plaintiffs
    STEVE TRACHSEL, an individual, SUN CITY
6   TOWERS, LLC, a California limited liability
    company, THOMAS CIRRITO, an individual,
7   ATOCHA LAND, LLC, a Delaware limited
    liability company, MICHAEL CIRRITO, an
8   individual, and CIRRITO HOLDINGS, LLC, a
    Delaware limited liability company

9

10          UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12
    STEVE TRACHSEL, an individual; SUN          CASE NO:  C08 02248RMW
13  CITY TOWERS, LLC, a California limited
    liability company; THOMAS CIRRITO, an       DECLARATION OF MICHAEL
14  individual; ATOCHA LAND, LLC, a             CIRRITO IN SUPPORT OF
    Delaware limited liability company;         PLAINTIFFS' REPLY TO OPPOSITION
15  MICHAEL CIRRITO, an individual; and         TO APPLICATION FOR WRIT OF
    CIRRITO HOLDINGS, LLC, a Delaware           ATTACHMENT AND RIGHT TO
16  limited liability company,                  ATTACH ORDER

17                     Plaintiffs,              [FED. R. CIV. PROC. § 65, NORTHERN
                                                DISTRICT OF CALIFORNIA CIVIL
18  v.                                          LOCAL RULES 7-10 AND 65-1]

19  RONALD BUCHHOLZ; CHARICE                    Date:    August 8, 2008
    FISCHER; RDB DEVELOPMENT, LLC, a            Time:    9:00 a.m.
20  Nevada limited liability company;           Ctrm:    6
    SOLOMON CAPITAL, INC., a Nevada             Judge:   Hon. Ronald M. Whyte
21  corporation; JONATHON VENTO; GRACE
    CAPITAL, LLC, dba GRACE
22  COMMUNITIES, an Arizona limited liability
    company; DONALD ZELEZNAK;
23  Z-LOFTS, LLC, an Arizona limited liability
    company; ZELEZNAK PROPERTY
24  MANAGEMENT, LLC dba KELLER
    WILLIAMS REALTY, an Arizona limited
25  liability company; KELLER WILLIAMS
    REALTY, INC., a Texas corporation; and
26  DOES 1-50, inclusive,

27                     Defendants.

28

RC1/5156610.1/BRL                    - 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

I, MICHAEL CIRRITO, declare:

1.     I am a Plaintiff in the above-titled action. The facts set forth herein are personally known to me or are set forth on the basis of information and belief. If called upon as a witness, I could and would competently testify to these facts.

2.     At the time I invested in the Solomon Towers project, I had only minimal experience with real estate development investment.

3.     To date, I have no experience developing raw land in the Phoenix, Arizona area.

4.     To date, I have no experience developing a high rise condominium.

5.     Accordingly, in investing with Defendants, I relied on the claimed expertise of Defendants Ron Buchholz and Charice Fischer.

6.     Other than an operating agreement with a pro forma at the outset of the investment, I did not receive any explanatory documents from Defendants prior to my investment in the Solomon Towers project. The risks involved with this investment were never disclosed to me orally, in writing, or in a Private Placement Memorandum.

7.     Due to the lack of documents provided to me prior to investing, I could not have made an informed decision regarding this investment, and instead could only rely on Defendants' claimed expertise and honesty.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto.

Executed on August 1, 2008, in ___WASHINGTON___, __DC___ .

MICHAEL CIRRITO

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RCl/5156610.1/BRL

- 2 -

1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  Attorneys for Plaintiffs
   STEVE TRACHSEL, an individual, SUN CITY
6  TOWERS, LLC, a California limited liability
   company, THOMAS CIRRITO, an individual,
7  ATOCHA LAND, LLC, a Delaware limited
   liability company, MICHAEL CIRRITO, an
8  individual, and CIRRITO HOLDINGS, LLC, a
   Delaware limited liability company

9

10        UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13  STEVE TRACHSEL, an individual; SUN          CASE NO:  C08 02248RMW
    CITY TOWERS, LLC, a California limited
14  liability company; THOMAS CIRRITO, an       **DECLARATION OF THOMAS
    individual; ATOCHA LAND, LLC, a             CIRRITO IN SUPPORT OF
15  Delaware limited liability company;         PLAINTIFFS' REPLY TO OPPOSITION
    MICHAEL CIRRITO, an individual; and         TO APPLICATION FOR WRIT OF
16  CIRRITO HOLDINGS, LLC, a Delaware           ATTACHMENT AND RIGHT TO
    limited liability company,                  ATTACH ORDER**

17                                              [FED. R. CIV. PROC. § 65, NORTHERN
                     Plaintiffs,                DISTRICT OF CALIFORNIA CIVIL
18                                              LOCAL RULES 7-10 AND 65-1]
    v.
19                                              Date:    **August 8, 2008**
    RONALD BUCHHOLZ; CHARICE                    Time:    9:00 a.m.
20  FISCHER; RDB DEVELOPMENT, LLC, a            Ctrm:    6
    Nevada limited liability company;           Judge:   Hon. Ronald M. Whyte
21  SOLOMON CAPITAL, INC., a Nevada
    corporation; JONATHON VENTO; GRACE
22  CAPITAL, LLC, dba GRACE
    COMMUNITIES, an Arizona limited liability
23  company; DONALD ZELEZNAK;
    Z-LOFTS, LLC, an Arizona limited liability
24  company; ZELEZNAK PROPERTY
    MANAGEMENT, LLC dba KELLER
25  WILLIAMS REALTY, an Arizona limited
    liability company; KELLER WILLIAMS
26  REALTY, INC., a Texas corporation; and
    DOES 1-50, inclusive,
27
                     Defendants.
28

RC1/5156609.1/BRL

- 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

I, THOMAS CIRRITO, declare:

1.    I am a Plaintiff in the above-titled action. The facts set forth herein are personally known to me or are set forth on the basis of information and belief. If called upon as a witness, I could and would competently testify to these facts.

2.    At the time I invested in the Solomon Towers project, I had only minimal experience with real estate development investment.

3.    To date, I have no experience developing raw land in the Phoenix, Arizona area.

4.    To date, I have no experience developing a high rise condominium.

5.    Accordingly, in investing with Defendants, I relied on the claimed expertise of Defendants Ron Buchholz and Charice Fischer.

6.    Other than an operating agreement with a pro forma at the outset of the investment, I did not receive any explanatory documents from Defendants prior to my investment in the Solomon Towers project. The risks involved with this investment were never disclosed to me orally, in writing, or in a Private Placement Memorandum.

7.    Due to the lack of documents provided to me prior to investing, I could not have made an informed decision regarding this investment, and instead could only rely on Defendants' claimed expertise and honesty.

8.    I was never asked to fill out and never filled out any questionnaire or other documentation that purported to qualify me as an "accredited investor." Further, I was never provided any type of disclosure form regarding the Solomon Towers investment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called as a witness I could and would testify thereto.

Executed on August 1, 2008, in _McLean_ _Virginia_.



THOMAS CIRRITO

RCI/5156609.1/BRL

- 2 -

TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Plaintiffs
STEVE TRACHSEL, an individual, SUN CITY
TOWERS, LLC, a California limited liability
company, THOMAS CIRRITO, an individual,
ATOCHA LAND, LLC, a Delaware limited
liability company, MICHAEL CIRRITO, an
individual, and CIRRITO HOLDINGS, LLC, a
Delaware limited liability company

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California limited liability company; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO:  C08 02248RMW <br><br> **DECLARATION OF JESSHILL E. LOVE IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT AND RIGHT TO ATTACH ORDER** <br><br> **[FED. R. CIV. PROC. § 65, NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULES 7-10 AND 65-1]** <br><br> **Date:    August 8, 2008** <br> **Time:    9:00 a.m.** <br> **Ctrm:    6** <br> **Judge:   Hon. Ronald M. Whyte** |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5156608.1/BRL

- 1 -

1     I, JESSHILL E. LOVE, declare:

2     1.   I am a shareholder with the law firm of Ropers, Majeski, Kohn & Bentley,

3 attorneys of record for Plaintiffs STEVE TRACHSEL, SUN CITY TOWERS, LLC, THOMAS

4 CIRRITO, ATOCHA LAND, LLC, MICHAEL CIRRITO, and CIRRITO HOLDINGS, LLC.

5 The facts set forth herein are personally known to me or are set forth on the basis of information

6 and belief.  If called upon as a witness, I could and would competently testify to these facts.

7     2.   Attached hereto as Exhibit "A" are true and correct copies of database search

8 result printouts from the Securities Exchange Commission's EDGAR database, the California

9 Department of Corporations' database, and the Financial Industry Regulatory Authority's

10 BrokerCheck database indicating that Defendants' names were not found on any of these

11 databases as being qualified to sell securities.

12     3.   Attached hereto as Exhibit "B" is a true and correct copy of the contact page from

13 Solomon Capital's website, showing their principal place of business as 20 Great Oaks Blvd. #

14 230, San Jose, CA 95119, phone: (408) 227-2200.

15     4.   Attached hereto as Exhibit "C" is a true and correct copy of the index page of

16 RDB Development's website, showing no address for a principal place of business, but having

17 the same phone number as Solomon Capital's office in San Jose, as well as the locations page

18 from the same website, showing Hellyer Commons in San Jose as one of RDB Development's

19 locations.

20     I declare under penalty of perjury that the foregoing is true and correct to the best of my

21 knowledge, and if called as a witness I could and would testify thereto.

22     Executed on August 1, 2008, in Redwood City, California.

23

24

25            JESSHILL E. LOVE

26

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Jose*

RCI/5156608.1/BRL

- 2 -

**EXHIBIT A**



**U.S. Securities and Exchange Commission**

### EDGAR Full-Text Search

This page allows you to search the full text of EDGAR filings from the last four years. The full text of a all data in the filing as well as all attachments to the filing. To find the information you need and mak easy and enjoyable, please visit our <u>help</u> page. We are still developing this feature, and we plan to en on user feedback. Please email your comments and suggestions for improvement to <u>textsearch@sec.c</u>

| Search For Text: | "ronald buchholz" | Adva |

[ Search ]  [ Reset ]

**No Results were Found.**
[There's no result found for the specified search parameter.]



## U.S. Securities and Exchange Commission

### EDGAR Full-Text Search

This page allows you to search the full text of EDGAR filings from the last four years. The full text of a all data in the filing as well as all attachments to the filing. To find the information you need and mak easy and enjoyable, please visit our help page. We are still developing this feature, and we plan to en on user feedback. Please email your comments and suggestions for improvement to textsearch@sec.(

**Search For Text:**   "ronald d. buchholz"                                              Adva

Search    Reset

**No Results were Found.**
[There's no result found for the specified search parameter.]



## U.S. Securities and Exchange Commission

### EDGAR Full-Text Search

This page allows you to search the full text of EDGAR filings from the last four years. The full text of a all data in the filing as well as all attachments to the filing. To find the information you need and mak easy and enjoyable, please visit our <u>help</u> page. We are still developing this feature, and we plan to en on user feedback. Please email your comments and suggestions for improvement to <u>textsearch@sec.</u>

**Search For Text:**     | "charice fischer"     Adva

[ Search ]  [ Reset ]

**No Results were Found.**
[There's no result found for the specified search parameter.]



**U.S. Securities and Exchange Commission**

### EDGAR Full-Text Search

This page allows you to search the full text of EDGAR filings from the last four years. The full text of a all data in the filing as well as all attachments to the filing. To find the information you need and mak easy and enjoyable, please visit our help page. We are still developing this feature, and we plan to en on user feedback. Please email your comments and suggestions for improvement to textsearch@sec.c

| Search For Text: | "charice buchholz" | Adva |

Search    Reset

**No Results were Found.**
[There's no result found for the specified search parameter.]



## U.S. Securities and Exchange Commission

### EDGAR Full-Text Search

This page allows you to search the full text of EDGAR filings from the last four years. The full text of a
all data in the filing as well as all attachments to the filing. To find the information you need and mak
easy and enjoyable, please visit our help page. We are still developing this feature, and we plan to en
on user feedback. Please email your comments and suggestions for improvement to textsearch@sec.o

| | | |
|---|---|---|
| **Search For Text:** | "rdb development" | Basi |
| **In Form Type:** | All Forms ▾ | **Results Per** |

**For** ⦿ Company Name:    "rdb development"

**Or** ◯ Central Index Key (CIK):

**Or** ◯ Standard Industrial Classification:    All SICs

### Between These Dates:

Start Date: mm/dd/yyyy    End Date: mm/dd/yyyy

[Search]  [Reset]

**No Results were Found.**
[There's no result found for the specified search parameter.]



## U.S. Securities and Exchange Commission

### EDGAR Full-Text Search

This page allows you to search the full text of EDGAR filings from the last four years. The full text of a all data in the filing as well as all attachments to the filing. To find the information you need and mak easy and enjoyable, please visit our help page. We are still developing this feature, and we plan to en on user feedback. Please email your comments and suggestions for improvement to textsearch@sec.c

| | |
|---|---|
| **Search For Text:** | "solomon capital" | Basi |
| **In Form Type:** | All Forms | **Results Per** |

**For** ⦿ Company Name: "solomon capital"

**Or** ○ Central Index Key (CIK):

**Or** ○ Standard Industrial Classification: All SICs

**Between These Dates:**

Start Date: mm/dd/yyyy    End Date: mm/dd/yyyy

[Search]  [Reset]

**No Results were Found.**
[There's no result found for the specified search parameter.]

DEPARTMENT OF

# CORPORATIONS

CALIFORNIA'S INVESTMENT & FINANCING AUTHORITY SINCE 1913

Home ⇒ **SRD**

## Securities Regulation Division

The Securities Regulation Division (SRD) is one of three operational divisions under the California Corporations Commissioner. SRD is headed by an Assistant Commissioner and is responsible for the qualification of the offer and sale of securities and the licensing and regulation of broker-dealers, broker-dealer agents, investment advisers, and investment adviser representatives pursuant to the Corporate Securities Law of 1968. SRD also registers the offer and sale of franchises under the Franchise Investment Law and licenses capital access companies under the Capital Access Company Law.

## Table of Content

⇒ About the Division - Details on the Securities Regulation Division.

⇒ Access to Securities & Franchise Filings ("Cal-EASI") - Follow this link to obtain information on Corporate Securities Law & Franchise Investment Law filings as of July 25, 2002.

⇒ Check Out Your Broker - Follow this link to obtain information on how to check out your broker.

⇒ Check Out Your Money Manager, Financial Planner, or other Investment Adviser - Follow this link to obtain information on how to check out your investment adviser.

⇒ Commissioner's Releases, Opinions & Notices - Selected Commissioner's Releases, Opinions & Notices.

⇒ Complaints - Follow this link to file a complaint about a broker-dealer or investment adviser.

⇒ Early Warning - Follow this link for information on the mandatory notification of false or misleading reports.

⇒ Fairness Hearings - Follow this link to obtain information on Fairness Hearings pursuant to California Corporations Code section 25142.

⇒ Fairness Hearings Summaries - Follow this link to obtain brief summaries of Fairness Hearings pursuant to California Corporations Code section 25142 held in 2001-2003.

⇒ File Your Limited Offering Exemption Notice (Corporations Code 25102(f)) Online - Follow this link to file your Limited Offering Exemption Notice online.

⇒ Applications & Forms - Follow this link for a list of applications & forms.

⇒ Franchises - Follow this link for information regarding franchising.

⇒ Investor Education - Follow this link for helpful information to assist the investor.

⇒ Notice to Applicants - Use of a Cross-Reference Sheet - Follow this link for information to expedite the review of applications for qualification of the offer and sale of securities.

⇒ Other Useful Links - Links to other sites.

⇒ Marsh & Volk's "Practice Under the California Securities Laws" published by Mathew Bender & Company, Inc., ., one of the LEXIS Publishing companies.

This three-volume treatise includes, in addition to a history of the California Corporate Securities laws, (1)

a detailed analysis of the Corporate Securities Law of 1968 and Franchise Investment Law, as amended, (2) the text of both laws and the rules promulgated by the California Corporations Commissioner under both laws, (3) a section-by-section commentary on both laws with annotated California Corporations Commissioner's opinions, and (4) copies of all releases issued by the California Corporations Commissioner under both laws.

⇒ Publications - Follow this link for a list of publications.

## How to Contact Us!

If you have any questions regarding the laws administered by Securities Regulation Division, call the Consumer Services Office tollfree: 1 (866) 275-2677 or 866 ASK CORP.

For information regarding broker-dealers, broker-dealer agents and investment advisers call the Consumer Services Office tollfree: 1 (866) 275-2677 or 866 ASK CORP.

Conditions of Use | Privacy Policy
Copyright © 2008 State of California

CORP : Check Out Your Investment Adviser!
Case 3:08-cv-02248-RMW    Document 66-5    Filed 08/01/2008    Page 18 of 29

Page 1 of 2

DEPARTMENT OF

# CORPORATIONS

### CALIFORNIA'S INVESTMENT & FINANCING AUTHORITY SINCE 1913

Home ⫸ About ⫸ **Adviser**

## Check Out Your Investment Adviser!

⫸ Check out your money manager, financial planner, or other investment adviser on the Investment Adviser Public Disclosure website. We encourage you to review the IAPD Viewing Tips prior to visiting this site. The Securities and Exchange Commission ("SEC") and the North American Securities Administrators Association ("NASAA") sponsor the IAPD database. The IAPD provides instant access to an investment adviser's Form ADV. Investment advisers file Form ADV to register with the SEC and/or the state(s). Generally the larger (assets under management of $25 million or more) and multi-state investment advisers are registered with the SEC whereas the smaller investment advisers and fee-only financial planners are registered with the states. More than 9,000 investment advisers are registered with either the SEC or state securities administrators. Information you will find on Form ADV will include, among others, the investment adviser's business, advisory services, fees, and disciplinary problems during the last 10 years.

## IAPD Viewing Tips:

On the "Investment Adviser Search" screen, enter the investment adviser's name, CRD number or SEC file number and then follow the instructions for viewing the investment adviser's Form ADV. When checking out your investment adviser, always view the investment adviser's "Registration Status" on Form ADV. The following is a summary of the "Registration Status" you may find for both State and SEC registered investment advisers.

## State Registered Investment Advisers

If the investment adviser is registered only with the state(s), the state(s) the investment adviser firm is currently registered with, or was registered in during the previous two years, will be listed. By clicking on any of the states listed, you will be able to view the investment adviser's Form ADV. To check whether the investment adviser currently is registered in a state, click on the "Registration Status" menu item on the side navigation panel. Once you click on the "Registration Status" hyperlink, a screen will appear with the registration status for each state in the following format:

| SEC/Jurisdiction | Registration Status | Status Effective Date |
|---|---|---|
| Alabama | Termination Requested | 12/05/2001 |
| California | Approved | 12/12/2001 |
| Florida | Terminated | 07/02/2002 |
| Vermont | Revoked | 04/05/2002 |

If you click on the "Registration Status" hyperlink on this screen when you are in the IAPD website, a pop-up window will appear with an explanation of the various registration statuses.

## SEC Registered Investment Advisers

- If the firm is, or was, registered with the SEC, a list of state(s) in which the firm is registered or notice filed will not appear. Click on the "Registration Status" menu item on the IAPD website on the side navigation panel to check the jurisdiction(s) in which the firm is registered or notice filed. Once you click on the "Registration Status" hyperlink, a screen will appear with the firm's registration and/or notice filing status with the SEC and each state, as applicable, in the following format:

### Registration Status

| SEC/Jurisdiction | Registration Status | Status Effective Date |
|---|---|---|
| SEC | Approved | 07/03/1991 |

## Notice Filings

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called "notice filings". Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| SEC/Jurisdiction | Effective Date |
|---|---|
| California | 12/12/2001 |

Click here to check out your broker

Conditions of Use | Privacy Policy
Copyright © 2008 State of California

# No match has been found for the information you provided.

**Please Note:**

No match may have been made because:

1.  More specific information is required to complete your search.

    Use the "back" button on your browser to change and resubmit the search.

    Here are some ways to improve your search:

    a.  Check that you have spelled the investment adviser's name correctly.
    b.  If you know the investment adviser's IARD/CRD number or SEC "801-" number, enter it.
    c.  Select "Starts With", "Sounds Like", or "Contains" on the various name selection boxes so that your search possibly returns more items.
    d.  When using the "Starts With" option, enter only the first few letters of the name.
    e.  When using the "Contains" option, enter a few characters that may be contained in the name that you are searching for.

2.  The investment adviser is not currently registered or has not been registered in the last two years.

    This website contains information on investment advisers that currently are registered with the SEC or a state. This website also contains information on investment advisers that were registered in the previous two years but are no longer registered.

    This website does not contain information on advisers that:

    1) Are exempt from registration by law.
    2) Have filed an application for registration with the SEC or a state, but have not had their registrations approved.

    Note: Currently, some investment advisers do not register through the IARD electronic registration system. These investment advisers generally file via paper filings with the states and cannot be found on this IAPD system. Therefore, it is possible that an investment adviser is legally registered with a state but a search on this system will return a "not found" response. If you want to check on an investment adviser's registration status, you should contact the SEC at (202) 551-7250 or contact the appropriate state securities authority through http://www.nasaa.org.

3.  The investment adviser you are looking for may also be a broker dealer. You can visit the FINRA BrokerCheck at: http://www.finra.org/BrokerCheck.

DEPARTMENT OF

# CORPORATIONS
### CALIFORNIA'S INVESTMENT & FINANCING AUTHORITY SINCE 1913

Home –» About –» **Broker**

## Check Out Your Broker!

–» For information regarding broker-dealers, broker-dealer agents and investment advisers call (866) 275-2677 or 866 ASK CORP.

–» Check the background of your broker or investment professional by using Financial Industry Regulatory Authority (FINRA) BrokerCheck. FINRA is also a resource for Investor Alerts and investor education and tools

–» Check out your commodity broker. A free service from the National Futures Association's Background Affiliation Status Information Center (BASIC). Whether you are an investor thinking about opening a futures account or an NFA Member contemplating a new business relationship, BASIC can be a valuable resource for you. BASIC contains Commodity Futures Trading Commission (CFTC) registration and NFA membership information and futures-related regulatory and non-regulatory actions contributed by NFA, the CFTC and the U.S. futures exchanges.

–» Check out your investment adviser.

Conditions of Use | Privacy Policy
Copyright © 2008 State of California

## No Results



Based on the information you provided, no results were found for the broker for whom you searched. This may have occurred because:

1. The broker for whom you are searching is not currently registered with FINRA or has not been registered with FINRA in the last two years. BrokerCheck provides information on brokers that are currently registered or have been registered with FINRA within the last two years.

2. The broker's name and/or CRD Number entered are incorrect.

3. If using the Advanced Search Page, below are some additional helpful hints:
   - Make sure you entered the CRD Number in the Broker's CRD # field and not in the Firm CRD # field.
   - Select "Begins With" or "Sounds Like" on the various name fields so that your search returns more results. Enter only the first few letters of the broker's name when using the "Begins With" option to assist with your search.
   - When using the "Sounds Like" option, enter the characters that sound like the name for which you are searching.
   - Verify the accuracy of the information provided for the broker's employing firm if you used these fields in your search. Incorrect firm information will result in a "no match" when conducting a broker search.

If you still are not able to find the individual for whom you are searching, call the FINRA BrokerCheck Hotline at (800) 289-9999 to speak with a representative.

To start a new search, select the New Search link in the navigation panel.

**EXHIBIT B**

Solomon Capital - Building Wealth through Real Estate



# SOLOMON
C A P I T A L

about us : our portfolio : upcoming events : investment opportunities : faq

login : home : contact us

## Contact Us



408.227.2200 Phone
408.539.0913 Fax

20 Great Oaks Boulevard #230
San Jose, California 95119

**info@solomoncap.com**

about us I our portfolio I upcoming events I investment opportunities I faq I contact us I home
© copyright 2006 Solomon Capital
Site Design by: Marla Price Design

**EXHIBIT C**

http://www.rdbdevelopment.com/index.php

RDB Development



## Location Map ▶

Search Properties

Commercial Office/Re ▾  GO

### Latest News

There are no articles available at this time.

Company | Locations | Portfolio | Links | Contact

RDB Development is a real estate development company founded by Ron Buchholz. RDB specializes in building commercial office condominiums that are "Class A" buildings in desirable locations. Its projects offer the benefits of ownership to small to medium sized business owners and at much lower prices than they could achieve on their own. Its residential projects provide an affordable, comfortable home for families getting started or buying their first house. Ultimately, RDB strives to provide quality real estate products that positively impact cities and neighboring communities. The RDB team's depth of experience and commitment to excellence can be seen from its completed developments.

### RDB Development
Phone: 408.227.2200
Fax: 408.904.7116
info@rdbdev.com

Account Login

Account Support

COPYRIGHT ©2008 RDB DEVELOPMENT

HOME | DISCLAIMER

RDB Development



## Location Map ▶

Search Properties

Commercial Office/Re[▼] GO

### Latest News

There are no articles available at this time.

## Locations

### San Jose, CA

Broker: David Mein (408) 282-3828
Email: DMein@colliersparrish.com

Company  Locations  Portfolio  Links  Contact

## HELLYER COMMONS

- 16 freestanding office buildings ranging from 5,000 - 12,000 SF
- Divisible to 1,500 and 3,000 SF
- Project shells are complete
- 8.7/1,000 Parking (with reciprocal parking agreement with adjacent property)
- For sale at $235/SF
- Also for lease at $2.50 NNN with $40 improvement allowance
- For more information go to www.colliersparrish.com/HellyerPiercy

RDB Development



**Property Address**
6000 - 6150 Hellyer Avenue
San Jose, CA 95138

**Office Address**
450 W. Santa Clara Street
San Jose, CA 95113



**Return to Location Map**

COPYRIGHT ©2008 RDB DEVELOPMENT

HOME | DISCLAIMER