RECEIVED

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

*E-FILED - 8/6/08*

Steve Trachsel et al.

CASE NO. C08 02248 ~~RS~~ RMW

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Plaintiff(s),

v.

Ronald Buchholz et al.

Defendant(s).

Dennis I. Wilenchik , an active member in good standing of the bar of State of Arizona, U.S. District Court (Arizona) whose business address and telephone number (particular court to which applicant is admitted) is Wilenchik & Bartness, P.C., 2810 North Third Street, Phoenix, Arizona 85004, (602) 606-2810

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing J.Vento, Grace Capital, D.Zeleznak, Z-Loft, ZPM

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 8/6/08

*Ronald M. Whyte*

United States ~~Magistrate~~ District Judge