IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRACHSEL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ, et al.<br><br>Defendants. | *E-FILED - 8/6/08*<br>CASE NO.: 08-02248-RMW<br>**CLERK'S NOTICE OF CONTINUANCE**<br>**NEW DATE: SEPTEMBER 5, 2008**<br>**TIME: 9:00 AM** |

PLEASE TAKE NOTICE that, on the court's own motion, DEFENDANTS JONATHON VENTO, GRACE CAPITAL, LLC., DONALD ZELEZNAK, Z-LOFTS, LLC, ZELEZNAK PROPERTY MANAGEMENT, LLC'S MOTION TO DISMISS, which was previously set for August 8, 2008, has been continued to **September 5, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. The parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

This scheduling change is meant to consolidate the hearing on the motion to dismiss set forth above with the motion to dismiss filed by defendant KELLER WILLIAMS REALTY, INC. that is currently set for hearing on September 5, 2008. **Plaintiffs' Application For Writ of Attachment will still be heard as scheduled on August 8, 2008 at 9:00.**

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule. Accordingly, unless otherwise stipulated by the parties or ordered by the court, defendants Jonathon Vento, Grace Capital, LLC., Donald Zeleznak, Z-lofts, LLC, and Zeleznak Property Management, LLC shall not be permitted to file a reply brief on their motion to dismiss, as the time for doing so on the previously-noticed schedule has now passed.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  August 6, 2008

*/s/ Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record:

Andrew A. August
aaugust@pinnaclelawgroup.com

Michael George Descalso
mgd@greenechauvel.com

Meagen Eileen Leary
mleary@gordonrees.com

Jesshill E. Love
jlove@ropers.com,tcruzada@ropers.com,mmcpherson@ropers.com

Todd Andrew Roberts
troberts@ropers.com,rriedell@ropers.com,mmcpherson@ropers.com

Kevin Francis Rooney
krooney@pinnaclelawgroup.com

William W. Schofield
wschofield@pinnaclelawgroup.com