IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRACHSEL, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD BUCHHOLZ, et al.,<br><br>    Defendant. | ***E-FILED - 8/12/08***<br><br>CASE NO.: C-08-02248-RMW<br>*(Related w/: C-08-03476-RMW and<br>                   C-08-03477-RMW)*<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

     PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for September 5, 2008, has been continued to **November 7, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by October 31, 2008.

     If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 12, 2008

                                                                                           JACKIE GARCIA
                                                                                          Courtroom Deputy for
                                                                                          Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: