**E-FILED on**   8/12/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>RONALD BUCHHOLZ et al.,<br><br>        Defendants. | No. C-08-02248 RMW<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT<br><br>**[Re Docket Nos. 24, 59, 60, 61]** |

    In accordance with the terms of the stipulation entered by the parties on the record at the August 8, 2008 hearing on plaintiff's application for writ of attachment, the court continues the hearing on this matter to November 7, 2008 at 9:00 a.m. Because the parties have agreed to rebrief the matter, the court denies defendants' motion to strike the reply and the declarations of Thomas and Michael Cirrito as moot.

DATED:    8/11/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING HEARING ON PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT—No. C-08-02248 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jesshill E. Love          jlove@ropers.com
Todd Andrew Roberts       troberts@ropers.com

**Counsel for Defendants:**

Michael George Descalso   mgd@greenechauvel.com
Andrew A. August          aaugust@pinnaclelawgroup.com
Meagen Eileen Leary       mleary@gordonrees.com
Kevin Francis Rooney      krooney@pinnaclelawgroup.com
William W. Schofield      wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____8/12/08_____                    _____/s/ MAG_____
                                                **Chambers of Judge Whyte**