UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 8, 2008

Case No. C-08-02248-RMW     JUDGE: Ronald M. Whyte

STEVE TRACHSEL, et al.     -V- RONALD BUCHHOLZ, et al.
Title

J. Love, T. Roberts     A. August
Attorneys Present (Plaintiff)     Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia     COURT REPORTER: Peter Torreano

PROCEEDINGS

**PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from counsel. The Court ordered the parties to do limited discovery: 3 depositions per side and continuing the motion hearing until 11/7/08 @ 9:00 AM. The Court to issue a ruling.