```
DION N. COMINOS (SBN: 136522)
MEAGEN E. LEARY (SBN: 233103)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
KELLER WILLIAMS REALTY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, and individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, and individual, and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C08-2248 RMW<br>[Assigned Judge: Hon. Ronald Whyte]<br><br>**KELLER WILLIAMS REALTY, INC.'S STATEMENT REGARDING RULE 26(f) DISCLOSURE** |

KELLER WILLIAMS REALTY, INC. ("KWRI") was recently named in this action and has a Motion to Dismiss (F.R.C.P. 12(b)(6)) pending. KWRI is not yet in a position to make a

///

///

1 | Rule 26(f) as Plaintiffs' action is not yet at issue against KWRI.

Dated: Aug. 13, 2008

GORDON & REES LLP

By: _____
DION N. COMINOS
MEAGEN E. LEARY
Attorneys for Defendant KELLER
WILLIAMS REALTY, INC.

: Steve Trachsel, et al. v. Ronald Buchholz, et al.
United States District Court Northern District of California, San Jose Division
Case No. No. C08 02248

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 275 Battery Street, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within action.

On August 14, 2008, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**KELLER WILLIAMS REALTY, INC.'S STATEMENT REGARDING RULE 26(f) DISCLOSURE**

[X] **BY (CM/ECF) ELECTRONIC CASE FILE SYSTEM**: with the United States District Court, Northern District, to all parties listed on the court's proof of electronic service.

[ ] **BY FACSIMILE**: by transmitting by facsimile to the number(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[ ] **PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] **MAIL**: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California to the offices of the addressee(s) listed below:

[ ] **OVERNIGHT DELIVERY**: I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2008 at San Francisco, California.

_____
Sandra Sarmiento

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

KWRI/1051542/5802734v.1