

1  DION N. COMINOS  (SBN:  136522)
   MEAGEN E. LEARY  (SBN:  233103)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  KELLER WILLIAMS REALTY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 STEVE TRACHSEL, an individual, SUN CITY        )  CASE NO. C08-2248 RMW
   TOWERS, LLC, a California corporation, THOMAS  )  [Assigned Judge: Hon. Ronald Whyte]
12 CIRRITO, and individual, ATOCHA LAND, LLC,     )
   a Delaware limited liability company, MICHAEL  )  **PROOF OF SERVICE BY MAIL**
13 CIRRITO, and individual, and CIRRITO           )  [KELLER WILLIAMS REALTY,
   HOLDINGS, LLC, a Delaware limited liability    )  INC.'S STATEMENT REGARDING
14 company,                                       )  RULE 26(f) DISCLOSURE]
                                                  )
15                    Plaintiffs,                 )
                                                  )
16     vs.                                        )
                                                  )
17 RONALD BUCHHOLZ, CHARICE FISCHER,              )
   RDB DEVELOPMENT, LLC, a Nevada limited         )
18 liability company, SOLOMON CAPITAL, LLC, a     )
   Nevada limited liability company, JONATHON     )
19 VENTO, GRACE CAPITAL, LLC, dba GRACE           )
   COMMUNITIES, an Arizona limited liability      )
20 company, DONALD ZELEZNAK, Z-LOFT, LLC,         )
   an Arizona limited liability company, ZELEZNAK )
21 PROPERTY MANAGEMENT, LLC dba KELLER            )
   WILLIAMS REALTY, INC., a Texas corporation,    )
22 and DOES 1-50,  inclusive,                     )
                                                  )
23                    Defendants.                 )

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

KWRI/1051542/5870282v.1

-1-

PROOF OF SERVICE BY MAIL                                    C08-2248 RMW

Steve Trachsel, et al. v. Ronald Buchholz, et al.
United States District Court Northern District of California, San Jose Division
Case No. No. C08 02248

## PROOF OF SERVICE BY MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On August 14, 2008 I served the within documents:

**KELLER WILLIAMS REALTY, INC.'S STATEMENT REGARDING RULE 26(f) DISCLOSURE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Dennis I. Wilenchik
Wilenchik & Bartness
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, AZ 85004

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on  August 14, 2008 at San Francisco, California.

_____
Sandra Sarmiento

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

KWRI/1051542/5878942v.1