UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVE TRACHSEL, et al.,

        Plaintiff(s),

v.

RONALD BUCHHOLZ, et al.,

        Defendant(s).

_____/

Case No. C08 02248 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/14/08

Defendants Ronald Buchholz, Charice Fischer, RDB Development, LLC, and Solomon Capital, Inc.
_____
[Party]

Dated: 08/14/08

William W. Schofield
Pinnacle Law Group, LLC
_____
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

1  Andrew A. August, SBN 112851
   aaugust@pinnaclelawgroup.com
2  William W. Schofield, SBN 062674
   wschofield@pinnaclelawgroup.com
3  Pinnacle Law Group, LLP
   425 California Street, Suite 1800
4  San Francisco, California 94104
   Telephone 415.394.5700
5  Facsimile 415.434.5380

6  Attorneys for Defendants Ronald Buchholz,
   Charice Fischer, RDB Development, LLC,
7  and Solomon Capital, Inc.

8

9                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN JOSE DIVISION)
11

12 | STEVE TRACHSEL, et al.,           | Case No. CV08-02248 RMW
13 |                        Plaintiffs,| **CERTIFICATE OF SERVICE**
14 |    vs.                            |
15 |                                   |
16 | RONALD BUCHHOLZ, et al.,          |
17 |                        Defendants.|

18

19       I am employed in the office of a member of the bar of this Court in the City and County of
   San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to
20 the within action. My business address is 425 California Street, Suite 1800, San Francisco,
   California 94104.
21
         On August 14, 2008, I served true and correct copies of the document described as:
22       **ADR CERTIFICATION BY PARTIES AND COUNSEL**

23 on the interested parties in this action addressed as follows [ ] (see attached list):

24  Jesshill E. Love                         Todd Andrew Roberts
    jlove@ropers.com                         troberts@ropers.com,
25  mmcpherson@ropers.com,                   mmcpherson@ropers.com,
    tcruzada@ropers.com                      rriedell@ropers.com
26
27  Michael George Descalso
    mgd@greenechauvel.com
28
   _____
   *Trachsel, et al v. Buchholz, et al.*                - 1
   CASE NO. CV08 0224 RMW
   CERTIFICATE OF SERVICE

[X]   BY E-MAIL: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 14, 2008, at San Francisco, California.

                                              /s/ Mike Terry
                                              MIKE TERRY

Hon. Ronald M. Whyte
United States District Court
280 South 1st Street
Courtroom 6, 4th Floor
San Jose, CA 95113
**E-Filing Chambers Copies**
**Case No: CV08-02248**

---

*Trachsel, et al v. Buchholz, et al.*        - 2
CASE NO. CV08 0224 RMW
CERTIFICATE OF SERVICE