1  MICHAEL G. DESCALSO, ESQ. (SBN 104354)
   GREENE, CHAUVEL, DESCALSO & MINOLETTI
2  155 BOVET ROAD, SUITE 780
   SAN MATEO, CALIFORNIA 94402
3  TELEPHONE: 650-573-9500
   FACSIMILE: 650-573-9689
4
   Attorneys for defendants Jonathon Vento, Grace Capital, LLC
5  dba Grace Communities, an Arizona limited liability
   Company, Donald Zeleznak, Z-Loft, LLC, an Arizona
6  limited liability company, and Zeleznak Property
   Management, LLC dba Keller Williams Realty, an
7  Arizona limited liability company

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                         (San Jose Division)

10 | STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, CIRRITO HOLDINGS, LLC, a Delaware limited liability company, | Case No.: C08-02248 RMW |
|---|---|
| Plaintiffs, | MOTION FOR ADMINISTRATIVE RELIEF - LEAVE TO FILE LATE REPLY BRIEF |
| v. | Date:    August 21, 2008 |
| RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE COMMUNITIES an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company, KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive | Dept:    Courtroom 6 |
| Defendants. | Judge:   Hon. Ronald M. Whyte |

25       Defendants Jonathon Vento, Grace Capital, LLC dba Grace Communities, an Arizona
26 limited liability Company, Donald Zeleznak, Z-Loft, LLC, an Arizona limited liability company,
27 _____1_____
   EX PARTE APPLICATION FOR LEAVE TO FILE LATE REPLY BRIEF
28

Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona limited liability company, (collectively, the "Grace Defendants"), by and through undersigned counsel, hereby make application to this court for administrative relief in the form of an order allowing the filing of a reply brief by these moving defendants in response to the opposition filed by plaintiffs to these moving defendants' motion to dismiss. This leave is requested on the grounds that the reply brief was not filed in a timely manner pursuant to Local Rule 7-3(c) due to technical difficulties related to the e-mail server, resulting in counsel for these moving defendants not receiving notice of the filing of the opposition to the motion to dismiss until such time as it was too late to file a reply brief in conformance with Local Rule 7-3(c). Moreover, allowance of the filing of the reply brief will not prejudice plaintiffs as the hearing date for the motion to dismiss is September 5, 2008. This request for leave is supported by the declaration of Michael G. Descalso attached hereto.

Dated: August 21, 2008              GREENE, CHAUVEL, DESCALSO & MINOLETTI

By:      *Michael G. Descalso*
         Michael G. Descalso
Attorneys for defendants Jonathon Vento, Grace Capital, LLC dba Grace Communities, an Arizona limited liability Company, Donald Zeleznak, Z-Loft, LLC, an Arizona limited liability company, and Zeleznak Property Management, LLC dba Keller Williams Realty, an Arizona limited liability company