1  MICHAEL G. DESCALSO, ESQ. (SBN 104354)
   GREENE, CHAUVEL, DESCALSO & MINOLETTI
2  155 BOVET ROAD, SUITE 780
   SAN MATEO, CALIFORNIA 94402
3  TELEPHONE: 650-573-9500
   FACSIMILE: 650-573-9689
4
   Attorneys for defendants Jonathon Vento, Grace Capital, LLC
5  dba Grace Communities, an Arizona limited liability
   Company, Donald Zeleznak, Z-Loft, LLC, an Arizona
6  limited liability company, and Zeleznak Property
   Management, LLC dba Keller Williams Realty, an
7  Arizona limited liability company

8                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                      (San Jose Division)

| | |
|---|---|
| STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br>　　　　　　Plaintiffs,<br>v.<br>RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE COMMUNITIES an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company, KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive<br>　　　　　　Defendants. | Case No.: C08-02248 RMW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |

Application having been made by defendants Jonathon Vento, Grace Communities, Donald

1

PROPOSED ORDER GRNATING MOTION FOR ADMINISTRATIVE RELIEF

1  Zeleznak, Z-Loft, LLC, and Zeleznak Property Management, LLC Dba Keller Williams Realty
2  for administrative relief in the form of leave of court to file a reply brief in support of their
3  motion to dismiss, currently set for hearing in this court on September 5, 2008 at 9:00 a.m., and
4  good cause appearing therefore,
5      IT IS HEREBY ORDERED that the motion is GRANTED and moving defendants are
6  ordered to file the reply brief forthwith, with service on all parties.

7  DATED: _____

                                                  Hon. Ronald M. Whyte
                                                United States District Judge
                                                Northern District of California