1  MICHAEL G. DESCALSO, ESQ. (SBN 104354)
   GREENE, CHAUVEL, DESCALSO & MINOLETTI
2  155 BOVET ROAD, SUITE 780
   SAN MATEO, CALIFORNIA 94402
3  TELEPHONE: 650-573-9500
   FACSIMILE: 650-573-9689
4
   Attorneys for defendants Jonathon Vento, Grace Capital, LLC
5  dba Grace Communities, an Arizona limited liability
   Company, Donald Zeleznak, Z-Loft, LLC, an Arizona
6  limited liability company, and Zeleznak Property
   Management, LLC dba Keller Williams Realty, an
7  Arizona limited liability company

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          (San Jose Division)

10 | STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, CIRRITO HOLDINGS, LLC, a Delaware limited liability company, | Case No.: C08-02248 RMW |
   |---|---|
   | Plaintiffs, | **CERTIFICATE OF SERVICE** |
   | v. | |
   | RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE COMMUNITIES an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company, KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive | |
   | Defendants. | |

   I, Valerie Previte, declare:

   I am a resident of the United States of America, am over the age of eighteen (18) years,

1  and not a party to the within action. I am an employee of the Law Offices of Greene, Chauvel,
2  Descalso & Minoletti, and my business address is, 155 Bovet Road, Suite 780, San Mateo,
3  California 94402.
4      On August 21, 2008 I caused to be served on those persons identified below, by e-mail,
5  the following documents :
6  **MOTION FOR ADMINISTRATIVE RELIEF – LEAVE TO FILE LATE REPLY BRIEF**
7  **DECLARATION OF MICHAEL G. DESCALSO IN SUPPORT OF MOTION FOR ADMINISTRATIVE LEAVE**
8
9  **PROPOSED ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**

10  Todd A. Roberts, Esq.       Dion N. Cominos, Esq.
    Jesshill Love, Esq      Gordon & Rees LLP
11  Ropers, Majeski, et al      275 Battery Street, Suite 2000
    1001 Marshall Street, Suite 300      San Francisco, CA 94111
12  Redwood City, CA 94063      T – (415) 986-5900
    T - (650) 364-8200      F – (415) 986-8054
13  F – (650) 780-1701      dcominos@gordonrees.com
    troberts@rmbk.com      Attorneys for defendant Keller Williams
14  jlove@rmbk.com      Realty, Inc
    Attorneys for plaintiffs
15
16  Andrew A. August, Esq.
    The Pinnacle Group
17  425 California Street, Suite 1800
    San Francisco, CA 94111
18  T – (415) 394-5700
    F – (415) 394-5003
19  aaugust@pinnaclelawgroup.com
    Attorneys for defendants Ronald Buchholz,
20  Charise Fischer, RDB Development, LLC,
    and Solomon Capital, Inc

21      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
22
        Executed on August 21, 2008 at San Mateo, California.
23
24                           _/s/ Valerie Previte_
25                           Valerie Previte
26
27                       2
    CERTIFICATE OF SERVICE
28