TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Plaintiffs
STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California limited liability company, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, and CIRRITO HOLDINGS, LLC, a Delaware limited liability company

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California limited liability company; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO: C08 02248RMW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF – LEAVE TO FILE LATE REPLY BRIEF**<br><br>Date: Listed as August 21, 2008<br>Time: 9:00 a.m.<br>Ctrm: 6<br>Judge: Hon. Ronald M. Whyte |

RC1/5173250.1/BRL

- 1 -
[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF – LEAVE TO FILE LATE REPLY BRIEF
C08 02248RMW

1  The Court having considered the papers submitted on Defendants Jonathon Vento, Grace Communities, Donald Zeleznak, Z-Loft, LLC, and Zeleznak Property Management, LLC dba Keller Williams Realty's Motion for Administrative Relief – Leave to File Late Reply Brief, as well as Plaintiffs Steve Trachsel, Sun City Towers, LLC, Thomas Cirrito, Atocha Land, LLC, Michael Cirrito, and Cirrito Holdings, LLC's Opposition thereto, and finding no good cause for the relief requested:

IT IS HEREBY ORDERED that Defendants' Motion for Administrative Relief – Leave to File Late Reply Brief is DENIED in accordance with this Court's Order dated August 6, 2008.

Dated: _____     _____
Hon. Ronald M. Whyte
United States District Court
Northern District of California
San Jose Division