1  DION N. COMINOS  (SBN: 136522)
   MEAGEN E. LEARY  (SBN: 233103)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  KELLER WILLIAMS REALTY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 STEVE TRACHSEL, an individual, SUN CITY          ) CASE NO. C08-2248 RMW
   TOWERS, LLC, a California corporation, THOMAS )   [Assigned Judge: Hon. Ronald Whyte]
12 CIRRITO, and individual, ATOCHA LAND, LLC,       )
   a Delaware limited liability company, MICHAEL     ) **PROOF OF SERVICE BY MAIL**
13 CIRRITO, and individual, and CIRRITO             ) [CASE MANAGEMENT
   HOLDINGS, LLC, a Delaware limited liability       ) STATEMENT]
14 company,                                          )
                                                     )
15                    Plaintiffs,                    )
                                                     )
16        vs.                                        )
                                                     )
17 RONALD BUCHHOLZ, CHARICE FISCHER,                 )
   RDB DEVELOPMENT, LLC, a Nevada limited           )
18 liability company, SOLOMON CAPITAL, LLC, a       )
   Nevada limited liability company, JONATHON        )
19 VENTO, GRACE CAPITAL, LLC, dba GRACE             )
   COMMUNITIES, an Arizona limited liability         )
20 company, DONALD ZELEZNAK, Z-LOFT, LLC,           )
   an Arizona limited liability company, ZELEZNAK    )
21 PROPERTY MANAGEMENT, LLC dba KELLER              )
   WILLIAMS REALTY, INC., a Texas corporation,       )
22 and DOES 1-50,  inclusive,                        )
                                                     )
23                    Defendants.                    )

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-

KWRI/1051542/5879282v.1

PROOF OF SERVICE BY MAIL                                      C08-2248 RMW

1    Steve Trachsel, et al. v. Ronald Buchholz, et al.
     United States District Court Northern District of California, San Jose Division
2    Case No. No. C08 02248

3                    **PROOF OF SERVICE BY MAIL**

4         I am a resident of the State of California, over the age of eighteen years, and not a party
     to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, Suite
5    2000, San Francisco, CA  94111.  On August 29, 2008 I served the within documents:

6         **CASE MANAGEMENT STATEMENT**

7    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
          forth below on this date before 5:00 p.m.
8
     ☐    by personally delivering the document(s) listed above to the person(s) at the
9         address(es) set forth below.

10   **X**  by placing the document(s) listed above in a sealed envelope with postage thereon
          fully prepaid, in United States mail in the State of California at San Francisco,
11        addressed as set forth below.

12   Dennis I. Wilenchik
     Wilenchik & Bartness
13   The Wilenchik & Bartness Building
     2810 North Third Street
14   Phoenix, AZ  85004

15        I am readily familiar with the firm's practice of collection and processing correspondence
     for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
16   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage
17   meter date is more than one day after the date of deposit for mailing in affidavit.

18        I declare under penalty of perjury under the laws of the State of California that the above
     is true and correct.
19
          Executed on  August 29, 2008 at San Francisco, California.
20

21        _____
22                            Sandra Sarmiento
23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111