E-FILED on    9/9/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ et al.,<br><br>Defendants. | No. C-08-02248 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS<br><br>**[Re Docket Nos. 16, 17, 63]** |

On May 28, 2008, defendants Jonathon Vento, Grace Capital, LLC, Grace Capital dba Grace Communities, Donald Zeleznak, Z-Loft LLC, and Zeleznak Property Management, LLC dba Keller Williams Realty ("the Grace defendants") filed a motion to dismiss for lack of personal jurisdiction, improper venue and for failure to state claims against them under Fed. R. Civ. P. 12(b)(6). Defendant Keller Williams Realty Inc. ("KWRI") subsequently moved separately to dismiss for failure to state a claim. Both motions were heard on September 5, 2008.

As stated at the hearing, the court grants defendants' motion to dismiss. Plaintiffs shall have thirty (30) days to amend their complaint. The court denies KWRI's motion to strike evidence submitted in support of plaintiffs' opposition as moot.

DATED:    9/8/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS—No. C-08-02248 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jesshill E. Love           jlove@ropers.com
Todd Andrew Roberts        troberts@ropers.com

**Counsel for Defendants:**

Michael George Descalso    mgd@greenechauvel.com
Andrew A. August           aaugust@pinnaclelawgroup.com
Meagen Eileen Leary        mleary@gordonrees.com
Kevin Francis Rooney       krooney@pinnaclelawgroup.com
William W. Schofield       wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/9/08                          /s/ MAG
                                    **Chambers of Judge Whyte**