**E-FILED on**   10/24/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL et al., <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ et al., <br><br> Defendants. | No. C-08-02248 RMW <br><br> AMENDED ORDER VACATING HEARING DATE |

Plaintiff's application for right to attach order and order for issuance of writ of attachment presently set for hearing on November 7, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 7, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:    10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

AMENDED ORDER VACATING HEARING DATE —No. C-08-02248 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jesshill E. Love          jlove@ropers.com
Todd Andrew Roberts       troberts@ropers.com

**Counsel for Defendants:**

Michael George Descalso   mgd@greenechauvel.com
Andrew A. August          aaugust@pinnaclelawgroup.com
Meagen Eileen Leary       mleary@gordonrees.com
Kevin Francis Rooney      krooney@pinnaclelawgroup.com
William W. Schofield      wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/24/08                             /s/ JAS
                                                  **Chambers of Judge Whyte**

AMENDED ORDER VACATING HEARING DATE —No. C-08-02248 RMW
JAS                                       2