TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Plaintiffs
STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California limited liability company, THOMAS CIRRITO, an individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, an individual, and CIRRITO HOLDINGS, LLC, a Delaware limited liability company

*E-FILED - 12/17/08*

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL, an individual; SUN CITY TOWERS, LLC, a California limited liability company; THOMAS CIRRITO, an individual; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO, an individual; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFTS, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, an Arizona limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO: C08 02248RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR A RIGHT TO ATTACH ORDER |

Plaintiffs STEVE TRACHSEL, SUN CITY TOWERS, LLC, THOMAS CIRRITO, ATOCHA LAND, LLC, MICHAEL CIRRITO, and CIRRITO HOLDINGS, LLC, and Defendants RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, and SOLOMON CAPITAL, INC. hereby stipulate and agree that, pursuant to the Court's December 4, 2008 Order on Plaintiffs' Ex Parte Application for a Discovery Conference, the following schedules shall be in effect for Plaintiffs' Motion for a Right to Attach Order:

**Deposition Schedule:**

December 15, 2008: Deposition of Charice Fischer

December 17, 2008: Deposition of Ronald Buchholz

January 7, 2009: Deposition of Steve Trachsel

January 8, 2009: Deposition of Tom Cirrito

January 9, 2009: Deposition of Michael Cirrito

**Supplemental Briefings:**

January 20, 2009: Submission of Plaintiffs' supplemental briefing

January 30, 2009: Submission of Defendants' responsive supplemental briefing

**Hearing on Right to Attach Order:**

February 9, 2009: Hearing on Plaintiffs' Motion for Right to Attach Order

IT IS SO STIPULATED.

Dated: December 5, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Plaintiffs
STEVE TRACHSEL, SUN CITY TOWERS, LLC, THOMAS CIRRITO, ATOCHA LAND, LLC, MICHAEL CIRRITO, and CIRRITO HOLDINGS, LLC

RC1/5225676.1/BRL

- 2 -

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' RTAO MOTION
C08 02248RMW

Dated: December 5, 2008

PINNACLE LAW GROUP

/S/
ANDREW A. AUGUST
WILLIAM W. SCHOFIELD
Attorneys for Defendants
RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, and SOLOMON CAPITAL, INC.

**IT IS SO ORDERED.**

Dated: 12/17, 2008

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5225676.1/BRL

- 3 -
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' RTAO MOTION
C08 02248RMW