**E-FILED on**  01/27/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RONALD BUCHHOLZ et al.,<br><br>    Defendants. | No. C-08-02248 RMW<br><br>ORDER REGARDING STIPULATION TO DISMISS KELLER WILLIAMS REALTY, INC. AS DEFENDANT |

    Plaintiffs and Keller Williams Realty, Inc. ("Keller Williams") filed a stipulation on January 13, 2009 to dismiss the present action against Keller Williams pursuant to Federal Rule of Civil Procedure 41(a)(1), which governs voluntary dismissal. According to that rule, such a stipulation must be "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(ii). The filed stipulation is signed only by counsel for plaintiffs and counsel for Keller Williams. The court thus requests that plaintiffs file a stipulation properly endorsed by all parties before the matter can be dismissed.

DATED:    01/26/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING STIPULATION TO DISMISS KELLER WILLIAMS REALTY, INC. AS DEFENDANT —No. C-08-02248 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jesshill E. Love          jlove@ropers.com
Todd Andrew Roberts       troberts@ropers.com

**Counsel for Defendants:**

Michael George Descalso   mgd@greenechauvel.com
Andrew A. August          aaugust@pinnaclelawgroup.com
Meagen Eileen Leary       mleary@gordonrees.com
Kevin Francis Rooney      krooney@pinnaclelawgroup.com
William W. Schofield      wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   01/27/09                        JAS
                                     **Chambers of Judge Whyte**