DION N. COMINOS (SBN: 136522)
MEAGEN E. LEARY (SBN: 233103)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
KELLER WILLIAMS REALTY, INC.

*E-FILED - 2/12/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, and individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, and individual, and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD BUCHHOLZ, CHARICE FISCHER, RDB DEVELOPMENT, LLC, a Nevada limited liability company, SOLOMON CAPITAL, LLC, a Nevada limited liability company, JONATHON VENTO, GRACE CAPITAL, LLC, dba GRACE COMMUNITIES, an Arizona limited liability company, DONALD ZELEZNAK, Z-LOFT, LLC, an Arizona limited liability company, ZELEZNAK PROPERTY MANAGEMENT, LLC dba KELLER WILLIAMS REALTY, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C08-2248 RMW<br>[Assigned Judge: Hon. Ronald Whyte]<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED** by and between Plaintiffs STEVE TRACHSEL, an individual, SUN CITY TOWERS, LLC, a California corporation, THOMAS CIRRITO, and individual, ATOCHA LAND, LLC, a Delaware limited liability company, MICHAEL CIRRITO, and individual, and CIRRITO HOLDINGS, LLC, a Delaware limited liability

-1-

company, and Defendant KELLER WILLIAMS REALTY, INC. by and through their respective counsel of record, that this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); each party to bear its own fees, costs and attorneys fees.

DATED: _____, 2009         Attorneys for Plaintiffs STEVE TRACHSEL, et al.

By_____
Jesshill E. Love, III, Esq.
Todd A. Roberts, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY

DATED: January 27, 2009         Attorneys for Defendant KELLER WILLIAMS REALTY, INC.

By_____
Dion N. Cominos, Esq.
Meagen E. Leary, Esq.
GORDON & REES LLP

DATED: _____, 2009         Attorneys for Defendants JONATHAN VENTO; GRACE CAPITAL, LLC; ZELEZNAK PROPERTY MANAGEMENT LLC; DONALD ZELEZNAK;

By_____
Michael George Descalso, Esq.

DATED: _____, 2009         Attorneys for Defendants RDB DEVELOPMENT LLC; SOLOMON CAPITAL, INC.; CHARICE FISCHER; RONALD BUCHHOLZ

By_____
Andrew A. August, Esq.
Kevin F. Rooney, Esq.
William W. Schofield, Esq.
THE PINNACLE LAW GROUP

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE – CASE NO. C08-2248 RMW

1  company, and Defendant KELLER WILLIAMS REALTY, INC. by and through their respective
2  counsel of record, that this matter be dismissed without prejudice pursuant to Federal Rule of
3  Civil Procedure 41(a)(1); each party to bear its own fees, costs and attorneys fees.

4
5  DATED: 2/3, 2009                    Attorneys for Plaintiffs STEVE TRACHSEL, et al.
6
7                                       By _____
8                                          Jesshill E. Love, III, Esq.
                                           Todd A. Roberts, Esq.
9                                          ROPERS, MAJESKI, KOHN & BENTLEY

10
11 DATED: January 27, 2009              Attorneys for Defendant KELLER WILLIAMS
                                        REALTY, INC.
12
13                                      By _____
14                                         Dion N. Cominos, Esq.
                                           Meagen E. Leary, Esq.
15                                         GORDON & REES LLP

16 DATED: _____, 2009              Attorneys for Defendants JONATHAN VENTO;
                                        GRACE CAPITAL, LLC; ZELEZNAK
17                                      PROPERTY MANAGEMENT LLC; DONALD
                                        ZELEZNAK;
18
19
20                                      By_____
                                           Michael George Descalso, Esq.
21
22 DATED: _____, 2009              Attorneys for Defendants RDB DEVELOPMENT
                                        LLC; SOLOMON CAPITAL, INC.; CHARICE
23                                      FISCHER; RONALD BUCHHOLZ

24
25                                      By_____
                                           Andrew A. August, Esq.
26                                         Kevin F. Rooney, Esq.
                                           William W. Schofield, Esq.
27                                         THE PINNACLE LAW GROUP
28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

company, and Defendant KELLER WILLIAMS REALTY, INC. by and through their respective counsel of record, that this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); each party to bear its own fees, costs and attorneys fees.

DATED: _____, 2009            Attorneys for Plaintiffs STEVE TRACHSEL, et al.

By_____
   Jesshill E. Love, III, Esq.
   Todd A. Roberts, Esq.
   ROPERS, MAJESKI, KOHN & BENTLEY

DATED: January 27, 2009           Attorneys for Defendant KELLER WILLIAMS REALTY, INC.

By_____
   Dion N. Cominos, Esq.
   Meagen E. Leary, Esq.
   GORDON & REES LLP

DATED: 1/27, 2009                 Attorneys for Defendants JONATHAN VENTO; GRACE CAPITAL, LLC; ZELEZNAK PROPERTY MANAGEMENT LLC; DONALD ZELEZNAK;

By_____
   Michael George Descalso, Esq.

DATED: _____, 2009            Attorneys for Defendants RDB DEVELOPMENT LLC; SOLOMON CAPITAL, INC.; CHARICE FISCHER; RONALD BUCHHOLZ

By_____
   Andrew A. August, Esq.
   Kevin F. Rooney, Esq.
   William W. Schofield, Esq.
   THE PINNACLE LAW GROUP

-2-
STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS WITHOUT PREJUDICE – CASE NO. C08-2248 RMW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is dismissed, without prejudice.

DATED: 2/12/09

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

: Steve Trachsel, et al. v. Ronald Buchholz, et al.
United States District Court Northern District of California, San Jose Division
Case No. No. C08 02248

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 275 Battery Street, Suite 2000, San Francisco, CA, 94111. I am employed in the City and County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within action.

On February 3, 2009, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

[X] **BY (CM/ECF) ELECTRONIC CASE FILE SYSTEM**: with the United States District Court, Northern District, to all parties listed on the court's proof of electronic service.

[ ] **BY FACSIMILE**: by transmitting by facsimile to the number(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[ ] **PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] **MAIL**: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California to the offices of the addressee(s) listed below:

[ ] **OVERNIGHT DELIVERY**: I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 3, 2009 at San Francisco, California.

_____
Dina Cordero

KWRJ/1051542/5802734v.1