1   TODD A. ROBERTS (SBN 129722)
    JESSHILL E. LOVE (SBN 208348)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA  94063
    Telephone:   (650) 364-8200
4   Facsimile:   (650) 780-1701

5   Attorneys for Plaintiffs
    STEVE TRACHSEL, an individual, SUN CITY
6   TOWERS, LLC, a California corporation,
    THOMAS CIRRITO, an individual,
7   ATOCHA LAND, LLC, a Delaware limited liability
    company, MICHAEL CIRRITO, an individual,
8   CIRRITO HOLDINGS, LLC, a Delaware limited
    liability company, INDIVIDUALLY, AND ON          *E-FILED - 2/12/09*
9   BEHALF OF ALL OTHERS SIMILARLY
    SITUATED, AND ON BEHALF OF THE
10  GENERAL PUBLIC

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

15  STEVE TRACHSEL, an individual, SUN        CASE NO.  C08 02248RMW
    CITY TOWERS, LLC, a California
16  corporation, THOMAS CIRRITO, an           STIPULATION AND [PROPOSED]
    individual, ATOCHA LAND, LLC, a           ORDER TO EXTEND MEDIATION
17  Delaware limited liability company,       DEADLINE
    MICHAEL CIRRITO, an individual,
18  CIRRITO HOLDINGS, LLC, a Delaware
    limited liability company,
19  INDIVIDUALLY, AND ON BEHALF OF
    ALL OTHERS SIMILARLY SITUATED,
20  AND ON BEHALF OF THE GENERAL
    PUBLIC,
21
                    Plaintiff,
22
    v.
23
    RONALD BUCHHOLZ, CHARICE
24  FISCHER, DONALD ZELEZNAK, RDB
    DEVELOPMENT, LLC, a Nevada limited
25  liability company, JONATHON VENTO,
    SOLOMON CAPITAL, LLC, a Nevada
26  limited liability company, Z-LOFT, LLC,
    an Arizona limited liability company,
27  KELLER WILLIAMS REALTY dba THE
    ZELEZNAK GROUP, an Arizona
28  Corporation, GRACE CAPITAL, LLC dba

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1   GRACE COMMUNITIES, an Arizona
    limited liability company, KELLER
2   WILLIAMS REALTY, INC., a Texas
    corporation, and DOES 1-50, inclusive,
3
                Defendants.
4

5

6          Plaintiffs STEVE TRACHSEL, SUN CITY TOWERS, LLC, THOMAS CIRRITO,

7   ATOCHA LAND, LLC, MICHAEL CIRRITO, CIRRITO HOLDINGS, LLC ("Plaintiffs") and

8   Defendants SOLOMON CAPITAL, RONALD BUCHHOLZ, CHARICE FISCHER, DONALD

9   ZELEZNAK, RDB DEVELOPMENT, LLC, ("Solomon Defendants"), and JONATHON

10  VENTO, SOLOMON CAPITAL, LLC, Z-LOFT, LLC, KELLER WILLIAMS REALTY dba

11  THE ZELEZNAK GROUP, GRACE CAPITAL, LLC dba GRACE COMMUNITIES, ("Grace

12  Defendants"), through their respective, undersigned counsel, stipulate and request a continuance

13  of the last date to complete mediation.

14         WHEREAS an Order has not issued on the pending Motion to Dismiss the Grace

15  Defendants;

16         WHEREAS the pre-trial schedule and trial date have been set in this matter;

17         WHEREAS the last date to complete mediation is February 4, 2009;

18         WHEREAS there is presently pending an Application for Right to Attach Order

19  ("RTAO") to be heard on February 13, 2009;

20         WHEREAS the parties have met and conferred and have agreed that at this time it is most

21  economical to postpone the last date to complete mediation for six months to July 17, 2009;

22         WHEREAS the parties have met and conferred and have agreed to Gilda Turitz of

23  Sideman & Bancroft as a mediator; and

24         The parties in the above-captioned matter, by and through their attorneys of record, hereby

25  stipulate to continue the last date to complete mediation from February 4, 2009 to July 17, 2009.

26  / / /

27  / / /

28  / / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1    IT SO STIPULATED.

2    Dated: February 5, 2009          ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                     TODD A. ROBERTS
     JESSHILL E. LOVE
5                                     Attorneys for Plaintiffs
     THOMAS CIRRITO and ATOCHA LAND,
6    LLC

7

8    Dated: February 5, 2009          PINNACLE LAW GROUP

9

10                                    ANDREW A . AUGUST
     WILLIAM W. SCHOFIELD
11                                    Attorneys for Defendants
     RNC HOLDINGS, LLC; RONALD
12   BUCHHOLZ; and CHARICE FISCHER

13

     Dated: February_____, 2009       GREENE, CHAUVEL, DESCALSO
14                                    & MINOLETTI

15

16                                    MICHAEL G. DESCALSO
     Attorneys for Defendants
17   JONATHON VENTO, SOLOMON CAPITAL,
     LLC, Z-LOFT, LLC, KELLER WILLIAMS
18   REALTY dba THE ZELEZNAK GROUP,
     GRACE CAPITAL, LLC dba GRACE
19   COMMUNITIES

20

21

     IT IS SO ORDERED.
22

23   Dated:_____, 2009

24                                    HONORABLE RONALD M. WHYTE
     U.S. DISTRICT COURT JUDGE
25

26

27

28

RC1/5247015.1/TC3                 - 3 -         STIPULATION AND [PROPOSED] ORDER
                                                TO EXTEND MEDIATION DEADLINE
                                                C08 02248RMW

1    IT SO STIPULATED.

2    Dated: February __5__ , 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                                    _____
                                                     TODD A. ROBERTS
5                                                    JESSHILL E. LOVE
                                                     Attorneys for Plaintiffs
6                                                    THOMAS CIRRITO and ATOCHA LAND,
                                                     LLC

7

8    Dated: February_____, 2009                     PINNACLE LAW GROUP

9

10                                                   _____
                                                     ANDREW A . AUGUST
11                                                   WILLIAM W. SCHOFIELD
                                                     Attorneys for Defendants
12                                                   RNC HOLDINGS, LLC; RONALD
                                                     BUCHHOLZ; and CHARICE FISCHER

13

14   Dated: February __5__ , 2009                    GREENE, CHAUVEL, DESCALSO
                                                     & MINOLETTI
15

16                                                   _____
                                                     MICHAEL G. DESCALSO
17                                                   Attorneys for Defendants
                                                     JONATHON VENTO, SOLOMON CAPITAL,
18                                                   LLC, Z-LOFT, LLC, KELLER WILLIAMS
                                                     REALTY dba THE ZELEZNAK GROUP,
19                                                   GRACE CAPITAL, LLC dba GRACE
                                                     COMMUNITIES

20

21

22       IT IS SO ORDERED.

23   Dated:___2/12_____, 2009                      *Ronald M. Whyte*

24                                                   _____
                                                     HONORABLE RONALD M. WHYTE
25                                                   U.S. DISTRICT COURT JUDGE

26

27

28

RC1/5247015.1/TC3                    - 3 -          STIPULATION AND XXXXXX ORDER
                                                    TO EXTEND MEDIATION DEADLINE
                                                                C08 02248RMW

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose