**E-FILED on** 03/01/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL et al., <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BUCHHOLZ et al., <br><br> Defendants. | No. C-08-02248 RMW <br><br> ORDER GRANTING REQUEST TO FILE SUPPLEMENTAL DOCUMENTS UNDER SEAL <br><br> **[Re Docket No. 141]** |

At the February 13, 2009 hearing on plaintiffs' application for a right to attach order, the court requested additional documentary support that certain investors were accredited under SEC Regulations. *See* 17 C.F.R. § 230.501(a)(5)-(6). On February 27, 2009, defendants' counsel filed a declaration stating that such support had been located, but requesting permission to file the documents under seal because of the sensitive information they contain (including salaries, past investments, and some social security numbers). Defendants request to file the documents under seal is granted.

DATED:    03/01/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING REQUEST TO FILE SUPPLEMENTAL DOCUMENTS UNDER SEAL —No. C-08-02248 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jesshill E. Love           jlove@ropers.com
Todd Andrew Roberts        troberts@ropers.com

**Counsel for Defendants:**

Michael George Descalso    mgd@greenechauvel.com
Andrew A. August           aaugust@pinnaclelawgroup.com
Meagen Eileen Leary        mleary@gordonrees.com
Kevin Francis Rooney       krooney@pinnaclelawgroup.com
William W. Schofield       wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   03/01/09                        JAS
                                             **Chambers of Judge Whyte**