**E-FILED on**  10/22/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL; SUN CITY TOWERS, a California corporation, LLC; THOMAS CIRRITO; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFT, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1 through 50,<br><br>Defendants. | No. C-08-02248 RMW<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiffs Thomas Cirrito, Steve Trachsel, and Michael Cirrito, individuals, Atocha Land, LLC and Cirrito Holdings, LLC, Delaware limited liability companies, and Sun City Towers, LLC, a California corporation, brought this action relating to investments in a real estate project. On July

ORDER TO SHOW CAUSE—No. C-08-02248 RMW
DWR

31, 2009, the court granted plaintiffs' then-counsel's motion to withdraw. The court ordered Sun City Towers, LLC, Atocha Land, LLC, and Cirrito Holdings, LLC to retain new counsel and file a notice of appearance by August 14, 2009 because as corporations they may only appear through a member of the bar of this court. Civ. L. R. 3-9(b). Failure to comply with this order is an appropriate ground for dismissal. *See Multi Denominational Ministry of Cannabis and Rastafari, Inc. v. Gonzales*, 474 F. Supp. 2d 1133, 1141 (N.D. Cal. 2007) (dismissing claims brought by a corporate plaintiff without attorney representation).

The court therefore orders Sun City Towers, LLC, Atocha Land, LLC, and Cirrito Holdings, LLC to appear on November 20, 2009, and show cause why their complaint should not be dismissed with prejudice for failure to retain new counsel by the court ordered deadline of August 14, 2009.

DATED: 10/22/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-08-02248 RMW
DWR     2

**A copy of this document has been mailed to:**

**Plaintiffs:**

Steve Trachsel
1225 Koch Lane
San Jose, CA 95125

Thomas Cirrito
9163 Old Dominion Drive
McLean, VA 22102

Michael Cirrito
3314 R Street NW
Washington, DC 20007

Sun City Towers, LLC
Steve Trachsel
1225 Koch Lane
San Jose, CA 95125

Atocha Land, LLC
Thomas Cirrito
9163 Old Dominion Drive
McLean, VA 22102

Cirriro Holdings, LLC
Michael Cirrito
3314 R Street NW
Washington, DC 20007

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

| | |
|---|---|
| William W. Schofield | wschofield@pinnaclelawgroup.com |
| Andrew A. August | aaugust@pinnaclelawgroup.com |
| Kevin Francis Rooney | krooney@pinnaclelawgroup.com |
| Dennis I. Wilenchik | diw@wb-law.com |
| Michael George Descalso | mgd@greenechauvel.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/22/09           JAS
                              **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—No. C-08-02248 RMW DWR
3