IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/9/09*

| | |
|---|---|
| STEVE TRACHSEL; SUN CITY TOWERS, a California corporation, LLC; THOMAS CIRRITO; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFT, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1 through 50, <br><br> Defendants. | Case No. C-08-02248-RMW <br><br> ORDER DISMISSING CERTAIN PLAINTIFFS |

On October 22, 2009 the court issued an Order to Show Cause as to why plaintiffs Sun City Towers, LLC, Atocha Land, LLC and Cirrito Holdings, LLC should not be dismissed with prejudice for failure to retain new counsel. No one appeared on behalf of the three plaintiffs. Therefore,

IT IS HEREBY ORDERED that plaintiffs Sun City Towers, LLC, Atocha Land, LLC and Cirrito Holdings, LLC are dismissed as parties in this case.

DATED: 12/8/09

*Ronald M Whyte*
———————————————
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: