**E-FILED on** 1/29/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL; SUN CITY TOWERS, a California corporation, LLC; THOMAS CIRRITO; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFT, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1 through 50,<br><br>Defendants. | No. C-08-02248 RMW<br><br><br><br><br>ORDER TO SHOW CAUSE |

This matter came on for a pre-trial conference on January 28, 2010. Only counsel for defendants JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFT, LLC, an Arizona limited

1 liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC, an Arizona limited liability
2 company; and KELLER WILLIAMS REALTY, INC., a Texas corporation, appeared.  Plaintiffs
3 have done nothing to pursue this case since they dismissed other defendants on October 22, 2009.
4 Therefore, the case WILL BE DISMISSED IN ITS ENTIRETY absent plaintiffs showing good
5 cause by written submission filed no later than February 19, 2009 for their failure to appear for the
6 pre-trial conference and to diligently pursue this case.

DATED: 1/28/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this document has been mailed to:**

**Plaintiffs:**

Steve Trachsel
1225 Koch Lane
San Jose, CA 95125

Thomas Cirrito
9163 Old Dominion Drive
McLean, VA 22102

Michael Cirrito
3314 R Street NW
Washington, DC 20007

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Dennis I. Wilenchik       diw@wb-law.com
Michael George Descalso    mgd@greenechauvel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    1/29/10                              CCL
                                                     **Chambers of Judge Whyte**