United States District Court
For the Northern District of California

**E-FILED on** 2/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL; SUN CITY TOWERS, a California corporation, LLC; THOMAS CIRRITO; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFT, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1 through 50,<br><br>Defendants. | No. C-08-02248 RMW<br><br><br><br><br><br>ORDER DISMISSING THIS ACTION |

On January 29, 2010, the court issued an order directing plaintiffs to show cause by written submission filed no later than February 19, 2010 for their failure to appear for the pretrial conference and to diligently pursue this case. In the order, plaintiffs were warned that the case would be

ORDER DISMISSING THIS ACTION—No. C-08-02248 RMW
CCL

dismissed in its entirety absent compliance with the order and the showing of good cause. Plaintiffs have failed to file any written submission. The court therefore dismisses this case in its entirety for failure to comply with court orders and failure to diligently prosecute this case.

DATED: 2/22/10

RONALD M. WHYTE
United States District Judge

**A copy of this document has been sent to:**

**Plaintiffs:**

Steve Trachsel
1225 Koch Lane
San Jose, CA 95125

Thomas Cirrito
9163 Old Dominion Drive
McLean, VA 22102

Michael Cirrito
3314 R Street NW
Washington, DC 20007

**Counsel for Defendants:**

| | |
|---|---|
| William W. Schofield | wschofield@pinnaclelawgroup.com |
| Andrew A. August | aaugust@pinnaclelawgroup.com |
| Kevin Francis Rooney | krooney@pinnaclelawgroup.com |
| Dennis I. Wilenchik | diw@wb-law.com |
| Michael George Descalso | mgd@greenechauvel.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/22/10          CCL
                            **Chambers of Judge Whyte**