**E-FILED on** 2/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE TRACHSEL; SUN CITY TOWERS, a California corporation, LLC; THOMAS CIRRITO; ATOCHA LAND, LLC, a Delaware limited liability company; MICHAEL CIRRITO; and CIRRITO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BUCHHOLZ; CHARICE FISCHER; RDB DEVELOPMENT, LLC, a Nevada limited liability company; SOLOMON CAPITAL, INC., a Nevada corporation; JONATHON VENTO; GRACE CAPITAL, LLC dba GRACE COMMUNITIES, an Arizona limited liability company; DONALD ZELEZNAK; Z-LOFT, LLC, an Arizona limited liability company; ZELEZNAK PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; KELLER WILLIAMS REALTY, INC., a Texas corporation; and DOES 1 through 50,<br><br>Defendants. | No. C-08-02248 RMW<br><br><br><br>JUDGMENT |

On February 22, 2010, the court dismissed this case in its entirety. THEREFORE, IT IS HEREBY ADJUDGED that plaintiffs takes nothing by way of their complaint and that judgment be entered in favor of defendants.

DATED: 2/22/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-02248 RMW
CCL

**A copy of this document has been sent to:**

**Plaintiffs:**

Steve Trachsel
1225 Koch Lane
San Jose, CA 95125

Thomas Cirrito
9163 Old Dominion Drive
McLean, VA 22102

Michael Cirrito
3314 R Street NW
Washington, DC 20007

**Counsel for Defendants:**

| | |
|---|---|
| William W. Schofield | wschofield@pinnaclelawgroup.com |
| Andrew A. August | aaugust@pinnaclelawgroup.com |
| Kevin Francis Rooney | krooney@pinnaclelawgroup.com |
| Dennis I. Wilenchik | diw@wb-law.com |
| Michael George Descalso | mgd@greenechauvel.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/22/10                              CCL
                                         **Chambers of Judge Whyte**